# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALBERT ALUNNI, et al.,**
                  **Plaintiffs,**

-vs-                                                  **Case No. 6:08-cv-1349-Orl-31DAB**

**DEVELOPMENT RESOURCES, LLC, LEGACY DUNES CONDOMINIUM, LLC, MICHAEL K. HALPIN, JAMES E. WEAR, TIMOTHY S. TINSLEY, THE REAL ESTATE INVESTMENT GROUP, LTD., JOSEPH ALDEGUER, JILL MOORE, REAL ESTATE DREAMS, LLC, SEAN C. PARKES, JEREMY HOLLY, GENEVA HOSPITALITY OF ORLANDO, LLC, SAL SARDINIA, CHANDRA WEBSTER,**
                  **Defendants.**
_____/

| JUDGE: | David A. Baker<br>U.S. District Judge | DATE: | December 9, 2008<br>10:00AM - 10:30AM |
|---|---|---|---|
| DEPUTY CLERK: | Celeste Herdeman | COURT REPORTER: | Digital |
| COUNSEL FOR PLTFS: | Tom Sadaka<br>Joel Rothman ( by phone) | COUNSEL FOR DEFTS: | Michael L. Gore<br>Tucker Bird<br>Anthony Aragona ( by phone) |

**PRELIMINARY PRETRIAL CONFERENCE**

Case called; Appearances taken.
The Court inquires with the parties as to motions to dismiss and status of the case.
Joel Rothman responds.
Court inquires as to discovery required by parties.
Joel Rothman responds.
Court inquires with Defense Counsel in regards to discovery.
Tucker Bird and Michael Gore respond.
The Court addresses motions to dismiss and gives parties structure as to how the case will proceed.
Plaintiff is given leave to file amended complaint.
Defendants to work with the plaintiff in providing an information sheet.
Motions to dismiss are denied without prejudice
Status conference to be scheduled in January.
Order to follow.