# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALBERT ALUNNI, et al.,**
        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:08-cv-1349-Orl-31DAB**

**DEVELOPMENT RESOURCES, LLC,**
**LEGACY DUNES CONDOMINIUM, LLC,**
**MICHAEL K. HALPIN, JAMES E. WEAR,**
**TIMOTHY S. TINSLEY, THE REAL**
**ESTATE INVESTMENT GROUP, LTD.,**
**JOSEPH ALDEGUER, JILL MOORE,**
**REAL ESTATE DREAMS, LLC, SEAN C.**
**PARKES, JEREMY HOLLY, GENEVA**
**HOSPITALITY OF ORLANDO, LLC, SAL**
**SARDINIA, CHANDRA WEBSTER,**
        **Defendants.**
_____/

## ORDER AND LIMITED SPECIAL CASE MANAGEMENT ORDER

This cause came on for consideration with oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CASE MANAGEMENT REPORT (Doc. No. 67)**
>
> **FILED:** November 26, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

Following a Preliminary Pretrial Conference on December 9, 2008, the Court deems it best to proceed under a modified case management order as follows:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT (Doc. No. 51)** |
| **FILED:** | **October 20, 2008** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND MOTION FOR SUMMARY JUDGMENT (Doc. No. 53)** |
| **FILED:** | **October 24, 2008** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

1. Plaintiff is **ORDERED** to file an amended complaint by December 31, 2008.

2. Defendants are **ORDERED** to file a Proposed "Plaintiff Information Sheet," following the appropriate Rule 3.01(g) conference, by December 31, 2008.  The Plaintiff Information Sheet should seek pertinent information from each Plaintiff that focuses on the facts surrounding the marketing and purchase of the units as alleged in the Complaint.

3. Defendants are **ORDERED** to serve their Rule 26 discovery by December 31, 2008.

4. Defendants are **ORDERED** to file their respective Motions to Dismiss the Amended Complaint by January 23, 2009, unless they choose to file answers.

5. The parties are **DIRECTED** to conduct depositions and serve requests for production on issue of whether the contracts at issue constitute "securities" under the laws being sued upon by January 31, 2009.

6. Defendants are **ORDERED** to file appropriate motions to allow the Court to determine whether the contracts at issue constitute "securities" under the laws being sued upon by February 27, 2009. The Court anticipates considering these motions along with the (presumed) motions to dismiss.

7. Upon completion of these matters, the Court will schedule another case management conference to set an appropriate schedule for the balance of the case.

**DONE** and **ORDERED** in Orlando, Florida on December 10, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record