UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALBERT ALUNNI, et al.,
    Plaintiffs,

-vs-                                       Case No. 6:08-cv-1349-Orl-31DAB

DEVELOPMENT RESOURCES, LLC,
LEGACY DUNES CONDOMINIUM, LLC,
MICHAEL K. HALPIN, JAMES E. WEAR,
TIMOTHY S. TINSLEY, THE REAL
ESTATE INVESTMENT GROUP, LTD.,
JOSEPH ALDEGUER, JILL MOORE,
REAL ESTATE DREAMS, LLC, SEAN C.
PARKES, JEREMY HOLLY, GENEVA
HOSPITALITY MANAGEMENT, LLC,
SAL SARDINIA, CHANDRA WEBSTER,
    Defendants.

| JUDGE | **David A. Baker** | DATE AND TIME | January 9, 2009 10:10-10:35 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | digital |
| COUNSEL/PLTF. | Joel Rothman<br>Ronald Nisonson | COUNSEL/DEFT. | Michael Gore<br>Clay Deatherage<br>Anthony Aragona |

CLERK'S MINUTES
STATUS CONFERENCE

Case called, appearances taken
Procedural setting by court
Parties provide case status and discuss pending issues
Court to modify previous order to extend dates of first phase of discovery
Court to set further status conference to late February 2009