**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ALBERT ALUNNI, et al.,**
        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:08-cv-1349-Orl-31DAB**

**DEVELOPMENT RESOURCES, LLC,**
**LEGACY DUNES CONDOMINIUM, LLC,**
**MICHAEL K. HALPIN, JAMES E. WEAR,**
**TIMOTHY S. TINSLEY,  THE REAL**
**ESTATE INVESTMENT GROUP, LTD.,**
**JOSEPH ALDEGUER, JILL MOORE,**
**REAL ESTATE DREAMS, LLC, SEAN C.**
**PARKES, JEREMY HOLLY, GENEVA**
**HOSPITALITY MANAGEMENT, LLC,**
**SAL SARDINIA, CHANDRA WEBSTER,**
        **Defendants.**
_____/

### ORDER MODIFYING LIMITED SPECIAL CASE MANAGEMENT ORDER AND NOTICE OF HEARING

Following a Status Hearing held on January 9, 2008, the Court **ORDERS** that Paragraphs 5 and 6 of the Court's Limited Special Case Management Order (Doc. No. 71) are modified as follows:

5. The parties are **DIRECTED** to conduct depositions and serve requests for production on the issue of whether the contracts at issue constitute "securities" under the laws being sued upon by **March 31, 2009**.

6. Defendants are **ORDERED** to file appropriate motions to allow the Court to determine whether the contracts at issue constitute "securities" under the laws being sued upon by **April 15, 2009**.  This subject will be addressed at a Status Conference before the undersigned on **WEDNESDAY**, **FEBRUARY 25, 2009** at **10:00 A.M.** in Courtroom #6D, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida.

**DONE** and **ORDERED** in Orlando, Florida on January 9, 2009.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record