Making Money in Real Estate

Workshop

The Mortgage Exchange, Inc.

7/20/06

1      INTRODUCTION:  There we go.  Thank you very

2  much.  I have the distinct pleasure of welcoming

3  all of you here today on behalf of Joe and --

4  associates at the Mortgage Exchange and the

5  Financial Exchange. It's quite an honor to have

6  all you here. I think I recognize some faces out

7  there.

8      How many people have been here before at a

9  workshop?  Raise your hand.  Okay.  And we got one

10  back there.  All right.  And I want to especially

11  welcome you back again.

12      And for the new people here, I think you're in

13  for a real treat.  We have been doing these

14  workshops -- I almost forgot one thing, if you have

15  a cellular phone, if you can please shut it off

16  during this, it affects the video and the sound.

17      So tonight Joe asked me if I could find a

18  speaker.  I want to share it with you.  I got ahold

19  of Alan Greenspan's office.  And I thought if we

20  could get someone like that, it would really be

21  something.  So I talked with them.  They told me he

22  does make speaking engagements and so on.

23      So I said, How much is it?  They said, Well,

24  it runs $150,000.  I said, How long is that for?

25  They said, Two or three hours.  I said, That's

1    really nice.  I said, I think that may be a little

2    out of our ballpark right now.

3         And another question, How much was he making

4    as federal reserve chairman?  He said he was making

5    $180,000 a year.  I said, Well, I'm not a financial

6    genius or anything, but did he think of retiring

7    earlier?

8         I guess he doesn't have to come to one of our

9    workshops.  But our workshops are unique, for those

10   of you who haven't experienced it before.  There's

11   nothing like it in the whole country.  What we do

12   offer you all the tools to, as Joe says, to become

13   rich.  We show you how to buy property, how to

14   finance property, the strategies, all the

15   associates who work with the people from the

16   beginning to the after they buy the property and

17   handle that.

18        Now, what makes it a lot different is that Joe

19   offers property for sale for those of you that wish

20   to invest.  And the nice thing about it is Joe

21   started buying property, he bought his first house

22   when he was 17 years old.  Since then he has bought

23   numerous, numerous properties and has become very

24   substantial because of it.

25        But Joe does not offer any property for sale

1  that he does not invest in himself.  He may look at

2  150 pieces of property and he may pick one, which

3  he's done on this Legacy Dunes, which you'll hear

4  about tonight.  It's an exciting piece of property,

5  and we're very happy to be able to welcome all of

6  you here and share that with you.

7      As I said, Joe is very successful in his

8  investments.  I'm sure you've heard him on the

9  radio show.  This has just been able to expand.  We

10  started out in a very small office thirteen years

11  ago, and we are where we are today and we're

12  just -- the growth in the next five or ten, 15

13  years we feel is going to be phenomenal.

14      And the opportunity for the people who want to

15  invest, who want to get rich, it's here and

16  available to you.  And it's available at no charge.

17  We don't sell tapes, we don't sell any other kinds

18  of books or magazines to make money.  It's all Joe

19  loves to see people get rich.  And because of that,

20  I think you're going to look forward to what we

21  have to offer tonight.

22      So I would like to, at this time, tell all of

23  you that we have some great gifts:  One is our mind

24  and one is our time.  The way you use them is up to

25  you.  But the way you use your mind and your time

1    is going to establish your destiny.  I mean, if you

2    get money and you invest it foolishly or buy

3    foolish things, you're probably going to be poor.

4    If you look and buy other items that don't make you

5    money, like cars, boats, so forth, you may be

6    middle class, but if you train your mind to buy

7    assets, you're going to build your wealth and your

8    fortune and your future goals.  And these, I think,

9    are very important.  Because every dollar you spend

10   you create your own destiny.  You can either be

11   rich, poor, or middle class.  We would like all of

12   you to be rich.

13        So any action you take is going influence you

14   and your children in the future.  So we say act

15   today and not tomorrow.  If this sounds good to

16   you, take advantage of it.

17        But without any further ado, I would like to

18   introduce and it's my pleasure to introduce Joe

19   Aldeguer.  He's going to show you how to make

20   money.  Thanks.

21        JOE ALDEGUER:  Hi everyone.  How are you?

22   Thanks for coming today.  It's a pretty wet one

23   out there.  For those of you came, we appreciate

24   it.  And we hope we will be able to warrant the

25   time you have given us.  Real quickly, how many of

1   you listens to the show on Saturdays or watches

2   the CLTV show?  Raise your hand.   Okay.

3         About a year and a half ago my advertising

4   agent, Harry, who's over there with Joe Wasserose,

5   approached me.  You know, Joe, there's an

6   opportunity possibly on a pretty big radio station

7   regarding real estate investments.  I'm like, What

8   do you mean by that?  He's like, Joe, you have been

9   investing over ten years, 15 years, and how would

10  you like to share that information with -- on more

11  of a massive -- more of bigger masses than you ever

12  done before?  I asked him, Well, what does it pay?

13  Because time is money, right, Harry?  I said, What

14  does it pay, Harry?  He said, you know, Joe, it

15  could pay a lot of dividends.  And I could

16  definitely say thank you, harry because it has paid

17  a lot of dividends.  Not only financially because

18  being wealthy isn't just about being financial.

19  It's about being happy, healthy and wise.  If you

20  do the first three things, the wealth will come.

21        Now, a lot of you here -- we always as

22  individuals here as investors we always have to

23  motivate ourselves to, one, continue to find a

24  diamond in the rough, right?  As investors we

25  always have to try to find another way to make more

1   money okay to support our family and, two, to

2   exceed -- expect for ourselves.

3       The first thing I want you guys to do, I

4   always do this to a lot of advisors when they first

5   start here, I ask them to write down, you know,

6   five things why they want to become -- work

7   starting in investing in real estate.  So if you

8   take a few moments real quickly right now and write

9   down five things why you are here today and why you

10  spend your Saturday mornings listening to me, Mo

11  and Pete and Mike the builder for an hour, two

12  hours.  Five things.

13      Where's that Jeopardy music?  In the next

14  life.

15      The presentation I always kill my -- my --

16  these guys up here, my technology guys, because I

17  always change the presentation, and I'm changing it

18  again today.

19      You guys ready?  Let me ask you, my first

20  question is, one, who wrote down I want to get

21  rich?  Raise your hand.  Wow, that many people.

22      THE WITNESS:  (Inaudible.)

23      JOE ALDEGUER:  That's good.  Who wrote down I

24  want to pay my bills raise your hand.  Okay, well

25  a couple of people.  All right.  Who wrote down I

1    want to be happy?  One person, two.  Great.  Who

2    wrote down I want to retire very comfortably and

3    be able to provide for my family and friends?

4    That's great.

5         There is a saying, and we all probably heard

6    it before, and the saying is:  Ask and you shall

7    receive.  Right?  And really we try to -- when

8    someone says I want to be rich, at the same time

9    someone in their mind says I just want to make

10   enough money to pay bills.  We only say that to

11   ourselves, right.  It's a conflicting ask -- it's a

12   conflicting question to what you want to receive.

13   Okay.

14        Some people say I just want to get by to pay

15   my bills.  That's all you'll ever make is to get by

16   to pay your bills.  It's ask and you shall receive.

17   That's what the universal law -- if you believe it

18   or not it's -- I do.  It does apply no matter what.

19   It's kind of like we say who knows how electricity

20   really works?  Does anybody know how electricity

21   works?  Yeah?  We use it every single day.  Okay.

22        It's the same thing we believe in universal

23   law, we ask and you shall receive.  No matter what

24   it is, no matter how big it is, how small it is, we

25   really believe that is -- is -- is the law.

1       And really why do we believe that this group

2   has come together today, in the last year and a

3   half there's a lot of things that happen in our

4   group, in our investment world that have come to

5   place, that many of my friends and many of the

6   associates that I work with say, wow, it just

7   continues to get better and better and better.  The

8   programs, the projects continue to get better and

9   better and better.  And the reason why is because I

10  expect them to get better and better, and our group

11  expects greatness.  And that's what I expect for

12  myself and the people that I work with also.

13      I really want to explain to you, you know,

14  what this is all about is, one, is Monopoly

15  concept.  Who know really what that is.  Who here

16  has played Monopoly before?  Can you raise your

17  hand.  We all have, right?

18      When you played Monopoly what is your first

19  goal when you first roll that dice?  Any answers?

20      AUDIENCE MEMBER:  (Inaudible.)

21      JOE ALDEGUER:  Okay.  That's right.

22      Now what happens to the person -- we've all

23  tried different strategies, right?  What happens to

24  the person that sits back and buys the railroad,

25  buys the utilities, right?  What happens to that

1    particular person after about an hour and a half,

2    two hours?  They're broke, right?

3         The next question I ask you is this:  In the

4    game Monopoly it's just got houses, right?  What

5    type of property are you looking to buy?

6         AUDIENCE MEMBER:  Hotels.

7         JOE ALDEGUER:  That's right.

8         So let me ask you this question right here:

9    Who here has a second property they rent out or

10   they built themselves?  Anybody?  Investments?

11   Yes?  Okay.  Rental?

12        AUDIENCE MEMBER:  (Inaudible.)

13        JOE ALDEGUER:  Just sitting?  What kind of

14   property?  Renting?  Foreclosure properties buying

15   and selling.

16        Here is the strategy that we really believe is

17   the easiest way to success and to wealth, and

18   that's accruing.  We believe it's proving because,

19   one, there's a lot of rights that you, as the

20   owner, have that if you owned a regular property

21   like a house or rental that is taken away from you.

22        Who has had a tenant before not pay mortgage

23   or rent?  Okay.  Kind of stinks, right?  Can you go

24   to their house and kick them out the next day?  No.

25        Who has had their tenants stay there for three

1   months, raise your hand, without paying?  Six?  A

2   year?  Three -- three years?  Three months?

3        AUDIENCE MEMBER:  (Inaudible.)

4        JOE ALDEGUER:  Three years, wow.  I'm going

5   to rent from you.

6        AUDIENCE MEMBER:  Fourteen days.

7        JOE ALDEGUER:  What's that?

8        AUDIENCE MEMBER:  Fourteen days you can take

9   them to court.

10        JOE ALDEGUER:  Fourteen days.  Even then if

11   they hire an attorney, it could go take up to a

12   year.  If they file bankruptcy, et cetera, et

13   cetera.  They're very, very slick when it comes to

14   rent.  There's a lot of renters rights.

15        And that's why the strategy we learned in

16   Monopoly a long time ago of acquiring a hotel --

17   what happened to the person who had the most

18   hotels?

19        AUDIENCE MEMBER:  Won.

20        JOE ALDEGUER:  He won every single time,

21   right?  Well, this concept is a concept we

22   discovered about four years ago.  Four years ago,

23   before that I was doing the buying, selling

24   property, okay, doing the construction, doing

25   foreclosures, okay, and I -- sometimes we have to

1   be stuck with a rental.  We bought the multiple

2   units, we bought the hundred units, we bought the,

3   you know, bigger units to try to convert them to

4   condos.  It made money, but it took a lot of work.

5   Okay.

6        There is the easier way, and we believe that

7   is what I call condo hotel concept.  Why is that?

8   Well, simply put, who is here is staying at a hotel

9   raise your hand?  Everybody is staying at a hotel,

10  right?  What happens to you if you overstay past

11  11:00 a.m. and don't call to get an extended time?

12  What happens to you?  Kicked out, right?  You have

13  no renter's rights, okay.

14        And most of the time who prepaid their

15  vacation, who prepaid their hotel room or condo --

16  what it's called -- before you even got there?

17  Raise your hand.  Prepaid like Travelocity --

18  Expedia -- raise your hand.  Anybody?  It's about

19  25 to 30 percent, right?

20        Now, most of the properties you stayed at were

21  hotels, right, or just a regular room, not a suite?

22  Yes?  What's the average of what did you guys pay?

23  $100, $200 a night, $300?  What did you pay?  Here

24  in Chicago what did you pay, downtown Chicago?

25        AUDIENCE MEMBER:  200.

1        JOE ALDEGUER:  200.  Okay.  Now, if that was

2  a condo you lived in, you didn't pay $200 -- would

3  you pay $200 a day?

4        AUDIENCE MEMBER:  No.

5        JOE ALDEGUER:  No.  What would you pay?  If

6  you rented a studio, because that's what it was,

7  what would you have to pay for Chicago for a

8  studio in downtown Chicago?

9        AUDIENCE MEMBER:  $1,200.

10        JOE ALDEGUER:  $1,200.  Okay.

11        But yet that hotel room over, let's say, it

12  did rent out every single day over 30 days, what

13  would it generate?  200 times 30, $6,000 a month.

14  That's why there are families called the Hiltons

15  and the Hyatts.  Right?  They're not out there --

16  who's heard of the Hiltons and Hyatts, of course

17  right?  Paris Hilton.  Okay.  But yet that's a

18  concept they use themselves to create more wealth,

19  okay, for themselves.  They're a private family

20  been doing this, not even 50 years, and they've

21  created more wealth than they can count because

22  they had to divide it many, many times.

23        The Hyatts are owned by the -- okay.  You know

24  that, right?  They're not renting units.  They're

25  not doing the traditional, you know, condo

1   conversion.  They're not doing the new

2   construction.  They're just doing the hotel rooms,

3   right.  So what's good -- what do I say to myself?

4   Gee, they're worth several billion dollars.  Maybe

5   they're doing something right, right?

6        So that's why we really love this concept, is

7   because, one, there are -- what we practice, what

8   we already did when we were younger playing the

9   Monopoly game, okay, was to own the hotel.  Now

10  many of us, okay, many of us stopped with one or

11  two or three houses and say, oh, that was too much

12  headache and stopped.

13       That's kind of like playing the Monopoly game

14  for about, you know, 15 minutes, get you two or

15  three properties and stop.  You let everyone else

16  play the game and acquire all the other properties.

17  Because that's what really happens in life.  Okay.

18       The question is how do we buy the hotel,

19  right?  How do you buy a property very similar to

20  this or you buy a property even a smaller -- a

21  smaller hotel property but with a great location.

22  You might be able to buy in way west for a good

23  price, but even then it's too far.  Because it

24  really is -- what it boils down to is real estate

25  has three rules.

1        And what are the three rules?

2        AUDIENCE MEMBER:  (Inaudible.)

3        JOE ALDEGUER:  The question is how do we buy

4    the property.  Well, there's a concept a while ago

5    that's been since the early eighties called the

6    hotel condo concept.  It started out in Florida.

7    And pretty much what that was, was people who

8    bought second vacation homes, okay, they bought

9    vacation homes like in Miami, Orlando, okay.  They

10   would buy their second homes.

11       Well, when they didn't stay there, they hired

12   a management company to manage the property.  Make

13   sense to you guys?  Okay.  All of a sudden these

14   people started making money.  Since they're in the

15   best location, right, the property values went

16   higher and higher and higher.  So it multiplied,

17   multiplied, multiplied.

18       In fact, not even five years ago there were

19   only about 1,000 hotel condos not even a year ago.

20   There are over 10,000 hotel condos now.  Because it

21   works.

22       People are going to go to certain cities no

23   matter what, right?  People are going to go to,

24   let's say, Orlando no matter what.  People are

25   going to go visit Miami no matter what.  People are

1    going to go to Honolulu.

2         Here are some -- first of all, here are some

3    appreciations this past year where housing was

4    highest, right.  The question is, though, we like

5    real estate.  Well, like anything, you buy a piece

6    of property, there are what we call carrying costs.

7    That makes sense?  Okay.

8         What state do you want to be in?  Florida,

9    right, Arizona, Hawaii.  But if you bought a

10   property there and it's not being rented out or

11   being managed properly, you still have to pay the

12   carrying costs, which it costs you thousands and

13   thousands per month.

14        So that's why this concept, where someone is

15   renting your unit for you, making the payments for

16   you, has worked.  And that's why it what continues

17   to work because it is, one, you're buying a

18   property in a great location, and, two, the

19   maintenance is being managed for you.  And people

20   who have been in it continue to buy more and more

21   and more.

22        Next slide.

23        This is a five year average rate of return on

24   appreciation.  Again, most of us live in Illinois,

25   it's still pretty good, right?  But not like the

1    first ten.

2        Next slide.

3        Florida market.  People talk about bubbles.

4    Few markets have boomed like Florida.  The price

5    went up 33 percent the past year, 105 percent over

6    the past five years, and 180 percent in the past

7    decade.  That's all of Florida, some places a lot

8    higher.  This is from Business Week.

9        Next slide.

10       This is Florida's international homebuyers.

11   So you're having a lot of -- British people, a lot

12   of Europeans buying -- actually, more than

13   50 percent of people who buy in Florida are from

14   western Europe or just Europe in general.

15       Next.

16       Orlando market.  Orlando is a very unique

17   market, must also accommodate an exceptionally

18   strong demand for second homes and vacation

19   properties.  Okay.  Why do people go to Orlando?

20   What's the number one attraction there?

21       AUDIENCE MEMBER:  Mickey Mouse.

22       JOE ALDEGUER:  That's right.

23       And we believe as long as he's there, people

24   will continue to go down to Orlando no matter what.

25       Next.

1      Condo hotels.  This is one of the most popular

2   trends in recent years.  Who has heard of this

3   concept before prior to this show?  Raise your

4   hand.  Not many people, right?

5      Next.

6      This is what I call return on investments.

7   Because really what it's all about is how am I

8   going to make money.

9      If you have an initial investment of $35,000,

10   in five years, ten percent return -- and who here

11   in the last five years had a ten percent return on

12   their money?  Raise your hand.  In the stock

13   market?

14      AUDIENCE MEMBER:  Real estate.

15      JOE ALDEGUER:  Where?

16      AUDIENCE MEMBER:  Real estate.

17      JOE ALDEGUER:  Did I pay you to be here?  No.

18      Next -- oh, I'm sorry.  Five percent return,

19   $15,000, annual rate of return of five percent.

20   Now, again, you know, five percent is pretty

21   conservative, don't you think?  Yeah?

22      We believe that the Florida market -- and

23   we're only going in certain states because, one, we

24   want to make sure that the basics of economics,

25   which is supply and demand, will always be there.

1       One, Florida, besides all the travel stuff,

2  has very friendly tax laws, right?  There's no

3  state income tax.  It's also a warm climate.  So a

4  lot of senior citizens who are about to retire,

5  many of them flock to there.

6       Who knows somebody that is going to be moving

7  to Florida that who is retiring?  Raise your hand.

8  Okay.  Because when people retire, they -- if you

9  talk to about ten people, there are three states

10 that most people say they're going to retire to.

11 What are those three states?

12      AUDIENCE MEMBER:  (Inaudible.)

13      JOE ALDEGUER:  Where else?  Where?  Arizona,

14 Florida, Nevada, right?  Okay.

15      So in a five year at five percent, $15,000,

16 based on a five percent down payment, you would

17 have made yourself $82,000.

18      Now, raise your hand for those of you who

19 think is what's more realistic:  The house --

20 mutual fund, raise your hand; housing, raise your

21 hand.  All right.  Okay.

22      Next.

23      Mo Phillips.  Mo, come on up.

24      MAUREEN PHILLIPS:  We can pass all that.  I

25 know all about myself.  I have been doing finance

1     for about 18 years.

2          Getting your financial house in order.  I saw

3     that many of you listen to us whether it's on the

4     radio or television.  We can't stress how important

5     this is.  Because you are feeling financially

6     secure, doesn't mean your financial house is in

7     order.  If you want to invest in real estate and

8     prepare for retirement, you need to take a really

9     good look at where you are.

10         Now, take a look by looking at your credit.

11    How many people in here know their credit score?

12         Good.

13         It's one of those critical pieces to

14    investing.  How many people are surprised what

15    their credit score was?  Did you think it was lower

16    than you thought?  How many people thought it was

17    lower than they expected?  Even better.

18         How many people know that anyone can improve

19    their credit score -- sorry, I'm not supposed to

20    breathe that close to the mic -- your credit score

21    is critical, and keeping it at top notch keeps you

22    ready to act on real estate at any moment.

23         Pay off judgments.  How many people think they

24    have absolutely no judgments on their credit score?

25    Half of you are wrong.  You'll have at least a $10

1    copay you were not aware of or a copay with a

2    pharmacy that you have no idea.  It happens to half

3    of the people and they have no idea.

4        So when your credit score is pulled, you need

5    ask your adviser are there any outstanding

6    judgments against me.  Pay them off and then send

7    it to the credit bureaus to make that go away.

8    Because it does follow you forever until you get it

9    cleaned off your credit score.

10       Fifteen percent of your credit card balances.

11   What that means is when you go to Kohl's and she

12   says do you want 15 percent off of that?  If you're

13   buying $300 worth of clothes, she's going to give

14   you a $300 credit line.  If you're buying a

15   computer at Best Buy, they're going to give you a

16   $1,200 credit line for that $1,200 computer.  Guess

17   what, you just maxed out your credit card.  Do you

18   think the credit bureau likes that?  Nope.

19       You need to take a good look at what your

20   maximum limit is and what your balance is.  Just

21   because you pay on time doesn't mean it's good

22   credit.  It's how much of that credit card you owe.

23       So if you go to Best Buy and you get a zero

24   payment credit card and it's a $1,200 computer and

25   there's no payments due for a year, you've maxed

1   that credit card out for a year.  Bad for your

2   credit, 50 to 100 points.  It could be the

3   difference between buying five houses and not being

4   able to buy one.  You need to take a look at what

5   you owe and the balances you're allowed to spend.

6        Never run out of money when you retire.  How

7   many people worry about running out of money when

8   they retire?  Everybody.  Because we are going to

9   live a lot longer.  You need to start planning for

10   that today, because it's never ever, ever, ever too

11   early.  We're going to get into some more detail

12   about that.

13        Pre-approval.  How many people met with their

14   loan office or adviser before they got here?  Not

15   good.  There's one.  She kind of hesitated.

16        You need to be ready to act at any moment.

17   What that means is if opportunity knocks, and

18   that's not when you open up the paper and you say,

19   oh, look, there's real estate for sale in Florida.

20   That means it's gone to retail.  That means you're

21   paying full price.

22        When opportunity knocks in real estate you

23   need to be ready to act.  And that doesn't mean

24   well, I need three to six months to fix my credit

25   or I need three to six months to get my financial

1    house in order.  It means you're ready to act so

2    you don't miss the opportunity.  Which means today

3    when you go down from here, you're going to meet

4    with your adviser and you're going to get ready, if

5    you're not ready to act today.

6         Let's go to the next one.

7         Let's talk about how you do it -- sorry, I'm

8    always hot under the lights -- let's talk about

9    what an option arm -- or what we call a

10   premium choice mortgage is.  Okay.

11        Let's say you have a 30 year fixed mortgage on

12   a $300,000 house at six and a half percent, 1,896

13   is your payment.  Sound reasonable to anyone else's

14   payment out there?  Pretty close?

15        Let's say I get the premium choice mortgage on

16   mine.  You're house A, I'm borrower B.  You have

17   one house at $1,896 a month, I have two.  Because

18   the premium choice mortgage, which is a minimum

19   payment, allows my two minimum payments equal to

20   your one.  That means I have two houses that

21   appreciate for the same minimum payment you pay on

22   one.

23        Does your house appreciate whether you have a

24   mortgage or you don't?  It does.  So if your

25   neighbor's house is paid off and you have a

1   mortgage, they both appreciate at the same rate if

2   they're the same house.

3        Go to the next one.

4        Two houses, and even though I'd like to have

5   one extra house for a closet, let's say I rent it

6   for $1,500 a month.  But I have $1,500 a month for

7   12 month, that's $18,000 a year in cash flow.  Now

8   that's a $300,000 mortgage on the premium choice,

9   948.43 a house, about 6.8 -- 6.189 APR.

10       I'm going to take off 20 percent.  How many

11  people have rental homes?  Anyone have investment

12  properties?  Any chance the renter didn't pay rent

13  one month?  Has that ever happened?  We take

14  20 percent off the top because there's a good

15  chance it will happen.  I see people laughing out

16  there.  Does that mean it's happened to you?

17  Maybe.

18       So I'm at 14,400 net cash.  Now, remember we

19  started out with the same house, only now I have

20  two.  We're still paying the same amount per month.

21  Now, I've got five percent appreciation on that

22  house, $18,750.  We have the same house, so we both

23  got $18,750 at five percent.  There's a very good

24  chance your house appreciated more than

25  five percent.  That's being conservative.

1          Three percent interest deferred.  This is what

2     people want to know about that option arm.  This is

3     what people want to know about the premium choice

4     mortgage.  It is the greatest mortgage ever

5     invented if you know how to use it.  If you don't,

6     it's the worst.  It is meant to make you an

7     investor.  It is meant to create appreciation on

8     multiple properties.  It is not meant to go out and

9     buy Prada shoes.  It's not meant to go out and buy

10    a sports car or a boat.  It's meant to invest.

11         Let's talk about deferred interest, negative

12    amortization.  Let's talk about the bad things

13    about this mortgage in a connotation that shows it

14    as a positive.  If I defer three percent of that

15    mortgage payment into a bucket, as long as I take

16    that three percent and I grow it somewhere else,

17    let's say a piece of real estate in Orlando, I'm

18    probably going to grow more than three percent.  As

19    long as I grow more than three percent, I'm going

20    to win.  It's called arbitrage.  As long as I earn

21    more than I pay.

22         You need to see your tax adviser about whether

23    or not your interest is deductible.  Because if it

24    is deductible, now I gain even further.  But what I

25    really want people to think about with the premium

1  choice is they say, You know, Mo, that interest

2  rate could eventually get up to nine percent.

3       It couldn't.  When I paid ten percent on my

4  mortgage, I earned 14 percent on my money.  When I

5  paid five percent on my mortgage, I earned 0.5

6  percent on my money.

7       This is what people miss about interest rates:

8  It's what you can earn on your money.  If you paid

9  five percent and earned half a point, you lose.  If

10  you paid ten and earned 14, you win.  You really

11  consider how you use your money.  If you defer it

12  and you grow it, you win.

13       Now, let's walk through this.  I live in the

14  one house and I rent the other.  I get appreciation

15  on two and I get net cash flow.  So at the end of

16  the year I get $29,400.  That's five percent

17  appreciation on three percent tax deferral and

18  assuming my renter didn't pay 20 percent of the

19  time.  And you're still in your house, and I didn't

20  spend any more money than you did, but I'm ahead

21  29,400.

22       Go to the next one.

23       Before you run a marathon, although it looks

24  like I already did, I hate these spotlights.

25  That's why I have a face for radio.

1       You need to get yourself in shape.  Start with

2  your credit, meet with your adviser, structure your

3  debts.  Okay.  A lot of these people -- a lot of

4  people in here have home equity loans.  How many

5  have a home equity loan on their house?  How many

6  have seen it go up and up every single month for

7  the last 20 months?  How many know that

8  Mr. Bernanke's going to do it again next month?  Do

9  we know, but we're pretty sure.  Because he's going

10  to --

11       AUDIENCE MEMBER:  (Inaudible.)

12       MAUREEN PHILLIPS:  50-50 shot?

13       AUDIENCE MEMBER:  Fifteen percent.

14       MAUREEN PHILLIPS:  Fifteen percent.

15       It's going to keep going up.  It's not going

16  to go down.  Okay.  So sometimes you need to

17  consider how you structure that.  You need to see

18  your adviser on your current assets, including

19  assets that are out in the market like Joe talked

20  about that are going down.

21       How many people lost money in the market last

22  month?  Oh, admit it.  Everybody lost money in the

23  market last month.

24       AUDIENCE MEMBER:  (Inaudible.)

25       MAUREEN PHILLIPS:  The guy in the back

1    didn't.  I wonder what he bought.  I'm going to

2    guess iPod.

3         Thirty percent of our life.  People were

4    supposed to retire at 65 and die at 67.

5    Actuarially you're going to live 30 years past

6    retirement.  How many people have money here to

7    last them 30 years?  Truly, raise your hand if you

8    have money for 30 years after retirement.  Good for

9    you.

10        AUDIENCE MEMBER:  Pension.

11        MAUREEN PHILLIPS:  Okay.  A pension, we're

12   going to get back to you.  We're going to get back

13   to you and use her as an example.  How will your

14   retirement be funded.

15        Let's go to the next one.

16        I graduated college and went to work for

17   Arthur Anderson.  And no one would have told me 25

18   years ago that they wouldn't be here.  I have many

19   friends who worked for American Airlines who come

20   in here in tears and say, You know what, I don't

21   have a pension that I was promised.

22        Well, I didn't mean to scare you, but you need

23   to take control.  When we talk about winners being

24   made in a marathon it's not because someone else

25   ran across the finish line for you; it's because

1    you made sure you could run across the finish line.

2         When you are sitting thinking I have a defined

3    benefits plan and my insurance will be paid for, I

4    want you to think about Anderson, Enron, and

5    American Airlines and know that unless you control

6    it, it's not guaranteed.  Social Security is not

7    guaranteed.  Don't be the 97 percent who count on

8    someone else to carry them through.  You're smart,

9    you're here, you're ready to take the step.  You're

10   smart enough to go into something to carry yourself

11   through or at least make sure enough of that's in

12   your own control.

13        We were raised to live in the same house, stay

14   married to the same person, and work one job our

15   whole lives.  How many people have done all three

16   of those?  None.

17        Okay.  So there was a time where a 30 year

18   fixed was fabulous and a defined pension plan

19   worked.  There was also a time where buggy works

20   worked, but they don't.

21        Is here so we'll do this in honor of him.

22   What is negative 30 plus 43 equal zero?  Last month

23   when you were in the stock market.  You lost

24   30 percent you now need to make 43 percent to equal

25   zero.  When's the last time you saw a 43 percent

1    gain?  Not a really good chance.  Can you afford to

2    gamble?

3        Who has your pension plan?

4        AUDIENCE MEMBER:  The State of Illinois.

5        MAUREEN PHILLIPS:  Oh, the State of Illinois,

6    Mr. Blagojevich is so good with that.  She's going

7    to be so scared by the time she gets out of here.

8    Let's see, have we funded that in the last three

9    years?  And it is in the market.  The State of

10   Illinois pension plan is in the stock market.  So

11   as it loses, you can only hope for a 43 percent

12   gain to balance that.  Now if you're a teacher,

13   you're -- you have a 2.2 update?  You're good.

14       Next.

15       How many people are going to have Social

16   Security as the majority of their retirement fund?

17   Be honest.  Okay.  It's not enough.  It's just not

18   enough, and it's not going to increase enough.  And

19   if you were born after 1969, they want to make it

20   71 years old till you can retire.  And after that

21   they want to go to 75 years old until you can get

22   Medicare.

23       How many people have expensive insurance

24   premium?  I do.  Okay.  When you go to retire, if

25   you retire before you're 65, you have to consider

1   the fact that you are probably uninsurable and have

2   to carry that expensive insurance.  It's usually

3   more than a car payment.  So consider that when

4   you're looking at where does this money come from

5   and am I going to have enough.

6        Stay on top of your investments.  And I don't

7   mean watch the stock market every day, because

8   you'd have to watch it every minute of the day to

9   know when to buy your stock, because that's why

10  those people make the money they do, because they

11  watch it go up and down.  Real estate can be

12  watched with a lot less effort.

13       Web sites.  There's so many sources of

14  information.  Use them, look at them.  I don't just

15  mean just look at your 401k go up and down.  Look

16  at your credit report, look at the money section,

17  look at Standard and Poor's, look at the areas

18  where your moneys are.  And I don't mean you have

19  to get on there and figure out P and E ratio and

20  listen to Adam Bold.  I listen to him because he

21  comes on just before we do, but you have to be

22  smart enough to do your own research.

23       Go back.  Go back.  They're taking notes.

24  Lots of feverish writing.

25       Free credit report.  Your loan officer will

1    pull a free credit report for you.  In Illinois

2    you're allowed one a year every year for free.

3         AUDIENCE MEMBER:  Can I ask a question?

4         MAUREEN PHILLIPS:  Sure.

5         AUDIENCE MEMBER:  Every time your credit

6    record is pulled -- (Inaudible.)

7         MAUREEN PHILLIPS:  I'm sorry, say that again.

8         AUDIENCE MEMBER:  Every time your credit

9    record is pulled -- (Inaudible.)

10        MAUREEN PHILLIPS:  Credit pulls.  Good

11   question.  If I go to Kohl's and, you know, Best

12   Buy and they pull my credit, the credit bureau

13   says, Ooh, they're extending their credit.

14   Depending on who's pulling it, the free credit

15   does not hit it.  Too many credit pulls does make

16   a difference.

17        Every time someone inquires on your credit,

18   the credit bureau says, have they extended too far.

19   And until they know the limit of what you spent,

20   they'll pull back a few points.  Usually five to

21   seven, which doesn't make or break, but at

22   Christmas if you sign up for five or six of those

23   credit cards to get the ten percent, by January you

24   can't buy a car.  Now, in February or March you can

25   because the credit's come back, but for that few

1   minutes the credit bureau holds those scores and

2   says, You know what, I don't want to extend any

3   further till I know if they are overextended.

4        That brings us back to Best Buy like when you

5   buy a credit card or buy and computer and you're

6   zero finance, if you do that on three credit cards,

7   you trigger what's called a bankruptcy flag.  You

8   may have made every payment in your life on time,

9   they want to know if you've maxed out three credit

10  cards, are you a bankruptcy risk.  They'll pull 100

11  points and then hold it for 30 to 60 days.

12       AUDIENCE MEMBER:  If you've got like 30

13  different credit cards and all of them are at zero

14  -- (Inaudible.)

15       MAUREEN PHILLIPS:  Close some of them.

16  Credit cards are not a bad thing.  That's what

17  builds your credit rating.  Thirty, yes.  We don't

18  need 30, but if you've opened a credit card at

19  every department store you've ever gone to, you'd

20  have at least 15.  But, yes, close them.

21       If you're in the middle of a financial

22  transaction, wait till your done.  Because when you

23  inquire, it will pull some of your points in.  So

24  don't leave too many open.  For this reason, now I

25  became a victim of this last month, my husband had

1    an old opened Discover card that we have not had a

2    card for since 1992.  Well, they must have sent

3    something in the mail that someone picked up and

4    wrote a check off of.  And when I got a bill, we

5    now realized that someone took an open line of

6    credit and wrote a check on it, something I don't

7    even have a credit card for.  So I like them to at

8    least be frozen or closed.

9         Let's talk about resources.  Your adviser is a

10   resource, your lender is a resource, your attorney

11   is a resource.  If they're a real estate

12   attorney -- you can have the nicest friend,

13   brother's cousin's sister's buddy, and if they're

14   not a real estate attorney, they're not that big of

15   a help to you not if you're buying property.  If

16   you're establishing a trust or putting your estate

17   in order, then an estate attorney is perfect or a

18   probate attorney is perfect.  You need the attorney

19   that's the specialist.  If you had cancer, you

20   don't go to the podiatrist.  If you buy real

21   estate, you don't go to the attorney who helped

22   your car insurance claim.

23        Realtor.  For sale by owner is very

24   attractive, but a realtor knows the area.  A

25   licensed realtor is critical to make sure you're

1    protected and you're getting everything you're

2    asking for and they know the details.  We have tons

3    of them in the room, if they want to raise their

4    hands.

5         Inspector:  That $200 could save you tens of

6    thousands.  Appraiser:  Only a licensed appraiser

7    knows if you're overpaying.  And a tax adviser:  If

8    you're going to invest in real estate, this is one

9    of the most critical pieces you're going to have.

10   Quicken and QuickBooks is not where you go when you

11   invest in real estate.

12        Let's talk about Legacy Dunes.

13        Legacy Dunes is the property in Orlando that

14   Joe fell in love.  It's part of the reason you're

15   here.  And we have a developer here, we have the

16   realtors here, and who you'll meet with later is

17   the short-term management company, SEC.  You can't

18   put short-term management up on the stage because I

19   don't like Martha Stewart's jewelry being her ankle

20   bracelet, so we aren't going to go there.

21        So let's bring Jimbo out here from Legacy

22   Dunes.

23        JAMES "JIMBO" WEAR:  Hello.

24        MAUREEN PHILLIPS:  He's going to sing.  He

25   does great karaoke.

1        JAMES "JIMBO" WEAR:  That's the only time I

2    get on stage is when I'm karaokeing.  So I have to

3    have Joe, my stage mentor.

4        JOE ALDEGUER:  Are we on?  Really?  There.

5    Okay.

6        Real quickly, this is how I found this

7    property.  We went to Florida early -- late

8    February, sorry, late February, and we saw about

9    three or four properties.  We drove by a property

10   called Legacy Dunes.  And this property is in an

11   area where there's a lot of construction.  And so

12   obviously where there's a lot of construction, I

13   always look for reasonable opportunity.

14       The reason why we were there in this

15   particular area of Orlando, an entrance to Disney

16   World had just opened three months earlier.  Where

17   it had taken about 35 to 45 minutes to get to

18   Disney World, because the new entrance was put in,

19   it now only takes about ten minutes.  So with that

20   access to the main attraction, okay, we definitely

21   felt that the property's there as a hotel, okay.

22       Again, the mindset that you have to have is

23   now you are a hotelier.  Does that make sense to

24   you guys?  Because that is the mindset that you

25   must have in order, in my belief, in order for this

1    to work.  It's not buy and sell and flip, okay.

2         You don't see the Hyatts and Hiltons buying

3    and selling hotels, do you?  No.  They buy great

4    locations and they hold and -- yes -- and let the

5    income produce, pay off their debt, reinvest it in

6    another hotel.

7         That's the same concept that we are doing here

8    at the Real Estate Investment Group, okay.  Because

9    that is our concept that we are doing.  We are

10   going to go buy a hotel, take our profits, buy

11   another one.  Take our profits, buy another one,

12   another one, another one, another one.  Okay, we

13   are looking to buy and hold.

14        Do we believe they're going to appreciate?

15   Yes.  Okay.  Just like the Hyatts and Hiltons,

16   they're always in pretty good locations, don't you

17   guys think so?  Okay.

18        So when we drove by this particular property,

19   I loved it.  I called up and I said, What type of

20   property is this?  And they said, It's a condo.

21        Well, you weren't there, you didn't own it at

22   the time.

23        JAMES "JIMBO" WEAR:  Apartments.

24        JOE ALDEGUER:  Apartments.  They're

25   apartments.  Okay.  And the apartments are a

1    regular apartment.  Like a two bedroom was getting

2    about -- how much was it getting?  Eric?  Jay?

3         JAY HOLLY:  About $950, 975.

4         JOE ALDEGUER:  For a two bedroom?

5         JAY HOLLY:  A month.

6         JOE ALDEGUER:  A month.  All right.

7         But guess what, I didn't like it.  Because it

8    was what they call a long-term property.

9         JAMES "JIMBO" WEAR:  And we liked it because

10   that's what we do.

11        JOE ALDEGUER:  That's what they do.

12        JAMES "JIMBO" WEAR:  We buy apartments that

13   the rents are at all time lows, the apartment

14   owners aren't making the money they used to make

15   when the interest rates were real high, rent rates

16   were real high.  Now interest rates are at an all

17   time low, so they're rented.  So the apartment

18   guys, they're not making the money they used to.

19   So now they want to sell their project to guys

20   like us who convert it.

21        JOE ALDEGUER:  Into regular condos.

22        JAMES "JIMBO" WEAR:  Regular condo to full

23   ownership.  People will live there.  And if you're

24   an investor, you buy and you have this long-term

25   rental income and you're in an appreciation -- and

1   Orlando, obviously is a great appreciation market.

2   Well, Joe --

3       JOE ALDEGUER:  Had an idea.

4       JAMES "JIMBO" WEAR:  Had a great idea that he

5   really had to work hard to convince us.  We knew

6   nothing about it.  His concept was hotels.  Well,

7   this is not a hotel.  Well, lo and behold he was

8   right.

9       JOE ALDEGUER:  Lo and behold we were --

10  luckily we were able to get some rezoning done.

11      JAMES "JIMBO" WEAR:  Right.

12      JOE ALDEGUER:  And it went from a long-term

13  property, which is the condo you can rent it out

14  for a month or for a year, okay, into now a

15  short-term zoning where you could do the nightly

16  stay.  Okay.  Does that make sense to you guys?

17  All right.  And in Orlando --

18      Do we got that sheet up there, Noelle,

19  regarding the chamber of commerce and the numbers

20  from the travel bureau?

21      Okay.  Who has stayed in Orlando before?  Can

22  you raise your hand?  Okay.  For a regular room

23  what do you guys pay?  What did you pay for a room?

24  Anybody?

25      AUDIENCE MEMBER:  120.

1        JOE ALDEGUER:  120 a night?

2        AUDIENCE MEMBER:  150.

3        JOE ALDEGUER:  150.  Anything else?  A

4    regular room?  How about a suite, who has stayed

5    in a suite in Orlando?  How much do you pay?

6        AUDIENCE MEMBER:  About 200.

7        JOE ALDEGUER: $200.  Okay.

8        These are one bedroom suites, two bedroom

9    suites -- I'm sorry.  One bedroom apartments, two

10   bedroom apartments, three bedroom apartments, and

11   four bedroom apartments.  Well, obviously I said,

12   Jimbo, let's call them suites and make this a

13   hotel.  Right.

14       He said, Hey, a two bedroom suite -- these are

15   from the travel bureau, okay, and these are the

16   numbers that -- hello?  Can you hear me?  Okay --

17   these are the numbers that we got from the travel

18   bureau.  You guys can get this yourself.  Go Google

19   it and there's a bunch of them.  Okay.

20       And in Orlando in 2005 the occupancy was 70.7

21   percent.  And the number below it, where this

22   particular property is, is right around 75 percent.

23   That -- not this property but the properties in the

24   area.  Okay.  Year to date, the whole city, is

25   around 73 percent.  So 73 percent, okay, of 30 days

1    or throughout the year it's occupied.  That's the

2    numbers that says that.  The average rate of a

3    regular room is $91 a night.

4        MAUREEN PHILLIPS:  That includes the Motel

5    six.

6        JOE ALDEGUER:  Right.

7        MAUREEN PHILLIPS:  That's everybody.

8        JOE ALDEGUER:  There's some nasty hotels in

9    Orlando.  You guys think so, yeah?  All right.

10   The rent-by-the-hour hotels.  But that statistic

11   includes that.  So if you go stay in a nice part

12   of Orlando, who thinks they have to pay more than

13   $91 a night?  Okay.  Good.

14       Supply, gross and demand and yada-yada-yada.

15       Now average published rates.  These are

16   average published rates right now in that

17   particular -- in Orlando for suites.  How do you do

18   it?  Google it or go to Expedia dot com and you'll

19   find it.  I showed some -- a form like this to

20   Jimbo, I said, You know what, let's try to convert

21   these to suite or hotel rooms, and the income --

22       Figure it out yourselves:  If you bought a two

23   bedroom suite, right, at 254.20, that's the

24   published rate, published with the occupancy for

25   the year, multiply it yourself -- who has their own

1    calculator?  Okay.  But that beats $900 a month,

2    don't you think?

3         AUDIENCE MEMBER:  Oh, yeah.

4         JOE ALDEGUER:  So I go, Jimbo, what do you

5    think?  You want to do it?  He said, Absolutely.

6         They work with a lot of investors also.  So we

7    were able to jump -- literally jump on this project

8    right away.  In fact, we were out to dinner and the

9    zoning commissioner that was in charge of the land,

10   that was a main player there, text messaged Jimbo,

11   You guys got the short-term zoning done.

12        And what do you think the price of the

13   properties -- because now this has gone from a

14   regular condo or a regular apartment at $900 a

15   month to a hotel room, what do you think is more

16   valuable?  Okay.  Which would you rather buy?

17   Okay.

18        I know it seems -- sounds simple as that.  But

19   remember when we played Monopoly, the objective was

20   the hotels.  So my questions is why do we not

21   continue that strategy, then why after we, you

22   know, went to school, got a job, okay, had a job

23   for ten, 20, 30 years, why did not any of us,

24   including myself, you know, in investing in real

25   estate just buying houses, selling them, fixing

1    them up, apartment buildings, yada-yada-yada, why

2    did I not go to the next level?  In fact, I thought

3    it was an impossibility at the time before this

4    concept came about.

5         Does this make sense to you guys?  Yes?

6         AUDIENCE MEMBER:  Yeah.

7         JOE ALDEGUER:  Okay.  Jimbo, go ahead.

8         JAMES "JIMBO" WEAR:  Well, I wanted to show

9    you the video.  The property's amazing and then

10   I'll talk a little bit about the location, which

11   is why we chose to buy it initially as an

12   apartment converted condo.  And now that it's

13   short-term lease, we came to Joe originally as a

14   long-term play -- appreciation play, he helped us

15   get it to where it is now.  The prices are where

16   they were when we were selling it as a long-term.

17   Now it just made it an incredible opportunity to

18   cash flow and to have the appreciation because of

19   the local market in the area.

20        JOE ALDEGUER:  Why choose when you can get

21   both, right?

22        (Video is played.)

23        JAMES "JIMBO" WEAR:  Thanks to Noelle I'm

24   singing that song all night.  You got me the first

25   time on that.  Thanks, Noelle.  That's amazing.

1        JOE ALDEGUER:  So, again, what that video

2   doesn't show you off the highway and off the

3   street --

4        JAMES "JIMBO" WEAR:  Do you have the map of

5   it?

6        JOE ALDEGUER:  Go to the map, Noelle.

7        JAMES "JIMBO" WEAR:  This is our fifth

8   apartment conversion that we've done.  This stood

9   out among all the ones we looked at because of the

10   location and because of the unbelievable growth

11   that has taken place in the area.

12        Can we blow it -- can you blow it up a little

13   bit or -- the aerial.  There we go.

14        This is what Joe was talking about, the

15   east-west expressway, the 429.

16        Jay, it will hit I-4 by when?

17        JAY HOLLY:  Supposedly the end of the year.

18        JAMES "JIMBO" WEAR:  Right now at 192.  And

19   this opened a whole new corridor.  And I'm going

20   to have Jay tell you a little bit about what's

21   going in Four Corners, that's his backyard.

22        JOE ALDEGUER:  Let me introduce Jay.  This is

23   jay Holly.  He is one of the principals of Real

24   Estate Dreams.  He is a broker from Florida that

25   is representing the property.

1       Jay, come on up.

2       JAY HOLLY:  Basically, folks --

3       JAMES "JIMBO" WEAR:  He certainly doesn't

4   need the mic.

5       MAUREEN PHILLIPS:  I say that too.

6       JAY HOLLY:  We -- my company what we always

7   researched was the similar goal obviously as Joe,

8   was we looked for the property at the right

9   moment.  Our belief was always in capturing a

10  piece of property where a developer was just

11  starting to build.  Now, we were not as smart as

12  Joe thinking about, well, let's buy it now and

13  capture some rental income.  We were thinking

14  let's buy it now and as it's developed and/or

15  built --

16      JOE ALDEGUER:  Pre-construction, in other

17  words.

18      JAY HOLLY:  Right.  Pre-construction, you

19  would get the appreciation.  So I ran into Jimbo

20  as I was searching this area here, the Four

21  Corners.  Now, what's important about this is this

22  192 stretch you see here, the only thing you found

23  out here was property that was deemed less

24  valuable.

25      JOE ALDEGUER:  The Motel Six per hour.

1       JAY HOLLY:   Campgrounds, your real cheap

2    resident hotels, and in many cases timeshares,

3    because they could buy the land cheaper.   All of

4    27 was nothing but orange groves as far as you

5    could see.

6       Years ago when this 429 was being planned and

7    plotted and platted and everybody's getting ready

8    to be excited about this, this large green area you

9    see here is Disney's acreage.   They developed less

10   than a third of it.

11      Well, when you stayed out here on this end and

12   you went all the way down 192 to World Drive or I-4

13   to the Lake Buena Vista entrance, that could take a

14   lot of time, as a matter of fact 45 minutes --

15   bless you -- 45 minutes to an hour, hour and a half

16   depending on traffic.   So as they're going through

17   this widening process and so on, as this started to

18   come through, Disney ran the Osceola Parkway, their

19   roadway, all the way out to it and had been

20   actually sitting there waiting on it to come to

21   them.   They had the road for a while.

22      So as this is all tying in, all these

23   developers went into this area here, what we call

24   the Four Corners, which is where four counties

25   meet, and they were buying up land like you

1    wouldn't believe.  Start clearing it and starting

2    to build townhomes, condos, major hotelier brands

3    were starting to pick up land in this area.

4         JOE ALDEGUER:  Restaurants.

5         JAY HOLLY:  Restaurants, shopping malls.

6         JOE ALDEGUER:  And they were tearing down the

7    old, ugly hotels and building massive big hotels,

8    massive big condos for a lot more money than these

9    type of property -- than this property is today.

10        MAUREEN PHILLIPS:  And the two biggest going

11   in right now are the Waldorf Astoria and the

12   Hilton.

13        JOE ALDEGUER:  That's correct.

14        JAY HOLLY:  So if you -- if you look at all

15   of that what's going on.  My company still

16   represents these pre-construction -- but Joe's got

17   me thinking a little bit different.  Currently

18   represent properties in this area -- Joe, what's a

19   two bedroom condo selling for at --

20        JOE:  $614.

21        JAY HOLLY:  $614 for something that won't be

22   built for 24 months.

23        JOE ALDEGUER:  That's right.  And my

24   philosophy in real estate is knowing what I'm

25   going to be making for sure.  I don't like

1   gambling.  All right.  Real estate is investing,

2   well, why try to gamble.

3        When I know I'm buying a two bedroom property

4   in the same area, same location, right, and the

5   property down the street that won't be built 24

6   months, if I buy my property for, let's say,

7   $350,000 for a two bedroom or a four bedroom at --

8   let's say, a two bedroom at let's say $350,000 and

9   a two bedroom down the street going for $600,000 to

10  be in two years, what are the odds my property is

11  going up in value two years from now?  Pretty high,

12  right?

13       No guarantees in investing, okay.  But to me,

14  okay, that known number that someone out there is

15  building a condo and people are putting deposits

16  down for a property for $600,000 and the property

17  that I bought is -- I bought for 350, the odds

18  are -- are pretty good in my favor.  Would you guys

19  agree?

20       JAMES "JIMBO" WEAR:  And four or five years

21  ago we were in development.  We were like Jay,

22  pre-construction.  Because material costs were

23  reasonable.  Now, they're all time high.  We can't

24  afford to build it when we can buy.  That place is

25  gorgeous.  It wasn't built as apartments.  Trammel

1   Crow is one of the premier apartment builders in

2   the country and they built them as condos.  So we

3   can pick them up already built at 2001 prices and

4   now bring it to you at 2001 prices instead of 2006

5   prices.

6       JOE ALDEGUER:  As a long-term condo.  The

7   reason why, when I talked to Jim, I go, Jimbo, if

8   I take over this property and then sell this to my

9   group and myself, I want the long-term price on

10  these properties.  Okay.

11      Because once they turn short-term -- and now

12  once it turns short-term, we got the zoning where

13  it could become a hotel -- we talked about it would

14  be a lot more valuable than a regular condo, right?

15  Okay.  Those prices that we got locked in would

16  definitely been --

17      JAMES "JIMBO" WEAR:  Absolutely.

18      MAUREEN PHILLIPS:  He asked you for more than

19  that, though.

20      JOE ALDEGUER:  What?

21      MAUREEN PHILLIPS:  He asked you for more than

22  just holding the prices.

23      JOE ALDEGUER:  I go, Jimbo, it's going to

24  take a while for these properties.  Because who

25  here has a current tenant in their unit or their

1    rental building?  Raise your hand.  You do?  Okay.

2         If you lease your property to someone and you

3    sign a one year lease, okay, if you sell that

4    property, the law is you still have to honor the

5    lease.  Does that make sense to you guys?  Do you

6    understand that?  Okay.

7         Well, this building, okay, before it converted

8    into a short-term, there were a lot of -- there

9    were tenants in it.  Because what they were going

10   to do is they were going to sell the property with

11   tenants already in it, which is great.

12        But I said, Jimbo, you know what, I want to

13   buy this as a short-term property.  It's going to

14   take a while for this property to become a real

15   hotel.  Because there's people that are tenants.

16   There are people paying $900 a month for that unit.

17   Okay.  I don't want the headache of being a

18   landlord.  What can you do for me, I said.  He

19   said, Joe, I don't know.  Let me see.  What do you

20   want?

21        And that's when I said, You know what, I want

22   you to guarantee me that I don't have to do

23   anything, I want the rental paid to me no matter

24   what for at least one year guaranteed.

25        JAMES "JIMBO" WEAR:  And management.

1       JOE ALDEGUER:  And management.

2       I don't want a phone call in the middle of the

3   night in Chicago or any of the people that had

4   bought with my friends and family and my -- as you

5   guys are listening on the radio who come in here, I

6   don't want a call in the middle of the night saying

7   my toilet's broken.

8       Who's had that call before?  Plumbing isn't

9   right, electric doesn't work.  You like it?

10      AUDIENCE MEMBER:  No.

11      JOE ALDEGUER:  Awful, right?  It wasn't worth

12  the $100 you made after your expenses, was it?

13  Because that's really what it is.

14      So we showed -- he did it.  He backed it up.

15  Because we believe so much in this particular

16  project that we believe in a year once it turns

17  over -- some leases are going to be less than a

18  year, some leases are going to be over in three

19  months, okay, but the property to operate as a

20  regular hotel, okay, because people are moving in

21  and out, right, we got to clean it up right, get it

22  ready for the hotel, we got to put the spa in.

23      MAUREEN PHILLIPS:  The most important part.

24      JAMES "JIMBO" WEAR:  Personal massage for Mo.

25      MAUREEN PHILLIPS:  Did everybody hear that?

1      JAMES "JIMBO" WEAR:  Wait, my mic wasn't on.

2      JOE ALDEGUER:  You got to put in the

3  restaurants, okay -- hotel staff.  You got to put

4  in people who wash the sheets and do all that

5  stuff, it takes a while.  You got to put in the

6  keys to kick people out if they're not out by

7  11:00 a.m.  You got to do the marketing for the

8  hotel, you got to fix up the front, waterfalls and

9  everything.  Okay.

10      The entrance to this property is about

11  300 yards.  You cannot see the property from the

12  street.  You see a sign and then there's a 300-yard

13  driveway, you see palm trees, you see a lake, and

14  then you see the clubhouse.  And that's what the

15  video did not show you.

16      MAUREEN PHILLIPS:  We have pictures

17  downstairs that you can look at.

18      JOE ALDEGUER:  Okay.  And so that's why we

19  were so excited about this particular project.

20  And that's why I invested in it myself.  Every

21  senior adviser here did also.  Okay.  That's why

22  we are presenting it to our listeners, our people

23  who attend our workshop, our VIP clients.  Okay.

24      One, the bottom line is we are looking to buy

25  hotels in one area, make appreciated value, able to

1   take money out of the property to buy another hotel

2   in another area and so on and so on and so on.

3        In Monopoly the goal is to accumulate as many

4   as hotels as possible, right?  Okay.  We don't want

5   to stray from the strategy that we all learned when

6   we were younger playing Monopoly.  Okay.  So that's

7   why we are doing this strategy.

8        MAUREEN PHILLIPS:  Including starting with

9   the bank in Monopoly.  The developer's actually

10  giving a development rebate and a $7,000 closing

11  cost credit, which means you're starting the game

12  of Monopoly with money in the bank.

13       JOE ALDEGUER:  That's correct.  Okay.

14       Again, for those of you who have never been to

15  a workshop, you know, we are here -- this is an

16  action an investment oriented workshop.  We're not

17  here to talk about -- you don't learn investing

18  about reading, you can read as long as you want,

19  you can listen to the radio show as long as you

20  want.  Okay.  Unless you -- unless you do something

21  when opportunity knocks, and I jumped on this.

22       JAMES "JIMBO" WEAR:  And we jumped -- we

23  jumped on the opportunity to be a part of what Joe

24  does.  His reputation far proceeds him.  We heard

25  about him after I ran into his --

1        JOE ALDEGUER:  Scout.

2        JAY HOLLY:  Scout.

3        JAMES "JIMBO" WEAR:  Stacy.  I don't know if

4    scout's a good name for Stacy, but you know we

5    checked out Joe and just what an amazing guy, and

6    we just really want to thank you Joe for having

7    us.

8        JOE ALDEGUER:  You're welcome.

9        JAMES "JIMBO" WEAR:  And thank you guys for

10   coming.

11       JOE ALDEGUER:  Part of the inspiration is the

12   management company, and I don't want to be in

13   management.  Okay.  I don't want that phone call,

14   please, Joe, wash my sheets.  Okay.  So what we

15   did is we brought in a management company that

16   will manage the property for you just like a

17   regular hotel room.  And why do we like the weekly

18   condos becoming a resort versus a hotel rooms

19   becoming condos?  Does that make sense to you

20   guys?  Okay.

21       In Orlando -- real quickly, in Orlando who

22   goes to Orlando?  A single person or families?

23       AUDIENCE MEMBER:  Families.

24       JOE ALDEGUER:  Okay.  Who's in Orlando and

25   stays in one hotel room and share a hotel room,

1   the same room with their children or

2   grandchildren?  Raise your hand.  Kind of stinks,

3   right?  Okay.  These units are real two bedrooms,

4   two bath or one bedroom, one bath; three bedrooms,

5   two baths, et cetera, et cetera, and they're

6   furnished like a hotel room.

7       MAUREEN PHILLIPS:  Down to the silverware,

8   the appliances, the towels, the sheets.

9       JOE ALDEGUER:  And the picture frame of Mo.

10      MAUREEN PHILLIPS:  I told them I had a face

11  for radio.

12      JOE ALDEGUER:  And these units are just like

13  regular hotels.  You will see these units or this

14  property advertised on Expedia, you'll see it

15  advertised like a regular hotel.  You're going to

16  go in, check in, check out.  You damage the

17  property, it's on your credit card.  Okay.

18      MAUREEN PHILLIPS:  And that's the short-term

19  management company that manages that.

20      JOE ALDEGUER:  Mo, introduce the short-term

21  management company.

22      MAUREEN PHILLIPS:  Short-term management

23  company, you're going to meet with them

24  downstairs, again, because I don't like Martha

25  Stewart's jewelry, they can't be on stage.  But

1   they are Geneva Hospitality.  You're familiar with

2   some of their properties, one of them being the

3   Cove in Lake Geneva.

4        JOE ALDEGUER:  Who's been there?  Raise your

5   hand.  Okay.  Did you know it was a kind of hotel?

6        MAUREEN PHILLIPS:  Did you know people owned

7   those individual units, just like you have the

8   opportunity to own the hotel room?

9        JOE ALDEGUER:  No, right?  They're like a

10  regular hotel room.

11       What did you pay a night?  You don't remember?

12  Another one?

13       AUDIENCE MEMBER:  250.

14       JOE ALDEGUER:  How much?  250.

15       MAUREEN PHILLIPS:  Okay.  250.

16       They are the ones who collect the income, they

17  are the ones who put the heads in beds, they change

18  the sheets, they manage the property.  There is a

19  revenue sharing you do with them.  They'll be

20  downstairs for you to meet with them.

21       There's a critical piece to investing in real

22  estate.  Time is money, not being the one to get

23  the 2:00 o'clock a.m. phone call that the toilet

24  doesn't work and you're 990 miles away.  You also

25  can't check someone in every day when you're not

1    there.  So this is a critical piece to succeeding

2    in owning a hotel, because you're going to own a

3    piece of the hotel.  They'll be downstairs.

4        JOE ALDEGUER:  If you want stay at the Cove

5    in Lake Geneva, okay, to see the people who are

6    going to manage the property and see how they work

7    and I'm telling you it is -- it is to the T.

8        MAUREEN PHILLIPS:  Sal and Chandra will be

9    downstairs and the team is amazing.  And anyone

10   who has been to the Cove, they have done a

11   phenomenal job.  We believe in them

12   wholeheartedly.

13       JOE ALDEGUER:  Absolutely.

14       MAUREEN PHILLIPS:  We think they are

15   phenomenal and we think you'll think they're

16   phenomenal too.

17       I want to recap on the incentives that Jimbo's

18   group has done.

19       JOE ALDEGUER:  Yes.

20       MAUREEN PHILLIPS:  If you were to buy a unit

21   at Legacy Dunes tonight, they're going to give you

22   $7,000 towards closing costs in Florida, which is

23   a good thing because closing costs in Florida are

24   more than Illinois.  They're going to give you a

25   developer rebate in 30 to 60 days post-closing

1    depending on the type of unit you get.  You can

2    ask one of the realtors who will be at the board

3    how much that is.  The units coming fully

4    furnished.

5         JOE ALDEGUER:  Fully furnished.

6         MAUREEN PHILLIPS:  They are waving the

7    two percent development fee.  This is huge in the

8    state of Florida, especially when you're doing a

9    conversion.  It costs two percent to convert that

10   unit, and they're willing to waive that fee

11   tonight.  So the incentives are amazing.  They're

12   going to pay -- give you the rent until June of

13   2007.  And you can ask the short-term management

14   company, they have assurances for year two and

15   year three.

16        JOE ALDEGUER:  They have assurances on their

17   performance, okay, because obviously your concern

18   or any investor's concern is when they buy a

19   property is, one, who is going to maintain it for

20   me, right?  Who is going to make the mortgage

21   payment?  How am I going to get income?  They have

22   assurances on their performance.

23        And so that's what we wanted is, Hey, if

24   they're going to manage my units, my group's

25   properties, I want assurances of performance.

1    Because I don't want to have lots of carrying

2    costs.

3        Because we believe that the property's going

4    to be worth, just like these units, $350,000

5    property down -- how far away, Jay?

6        JAMES "JIMBO" WEAR:  Jay walked out.

7    Five miles.

8        JOE ALDEGUER:  Five miles.  Okay.

9        So the same -- the same -- are going for

10   $600,000.  They're not built yet, okay, but it's

11   there and people are putting deposits down.

12       Have they started construction yet?

13       JAMES "JIMBO" WEAR:  Just beginning phases.

14       JOE ALDEGUER:  Just beginning phases.

15       MAUREEN PHILLIPS:  Waldorf Astoria and Hilton

16   both announced that they're going to building and

17   will be done in 2009.

18       JOE ALDEGUER:  How far away?

19       MAUREEN PHILLIPS:  Within a mile.

20       JOE ALDEGUER:  Within one mile.

21       MAUREEN PHILLIPS:  Within a mile.

22       JOE ALDEGUER:  So this is the area that was

23   closed before because of the entrance, it is open

24   now.  And when you go -- if you go there and when

25   you buy -- if you buy a unit and close, we will

1    give you $1,000 towards your travel, okay, and

2    expenses.

3         So if you drive there, you save $1,000 because

4    it cost you $2,000 to get there.

5         MAUREEN PHILLIPS:  On gas.

6         JOE ALDEGUER:  So, again, it's -- the

7    situation is they're going to be downstairs.  If

8    you're interested, excuse me, if you're interested

9    in this type of concept, this property, ask

10   questions, please -- they're going to try to do

11   this timely as possible.

12        MAUREEN PHILLIPS:  The first group, number

13   ones.  If you want to head downstairs to the

14   eighth floor, it means you have a purple number

15   one.  Who doesn't have a number?  You're kidding.

16   you just became number two.

17        Any other questions?

18        JOE ALDEGUER:  Does anyone have any other

19   questions?

20        AUDIENCE MEMBER:  HOA.

21        MAUREEN PHILLIPS:  HOA.

22        JOE ALDEGUER:  HOA, you can go downstairs if

23   you want.  It's all different units.

24        MAUREEN PHILLIPS:  It ranges from 147 to --

25        JOE ALDEGUER:  Yes.

1       MAUREEN PHILLIPS:  Not the first year.

2       JOE ALDEGUER:  Not the first year.  The first

3    year we waive homeowner association fees.

4       Taxes are about --

5       MAUREEN PHILLIPS:  One and a half percent of

6    the purchase price, estimate.  It's a condo

7    conversion so, again, there's no tax bill yet.

8       JOE ALDEGUER:  No tax bill the first year.

9       MAUREEN PHILLIPS:  But we tell everyone plan

10   for it, and eventually -- and even though the

11   taxes aren't there now, you will eventually get a

12   tax bill.

13      JOE ALDEGUER:  Yes, sir.

14      AUDIENCE MEMBER:  Homeowner's insurance

15   contract?

16      JOE ALDEGUER:  What's that?

17      AUDIENCE MEMBER:  Homeowner's insurance?

18      MAUREEN PHILLIPS:  We have two insurance

19   companies that have been used on the property --

20      JOE ALDEGUER:  These are condos, so the

21   property insurance is taken care of by the

22   homeowner association.  So in other words, if a

23   tornado came down and blew it down, they got to

24   rebuild the whole property.

25      The content insurance is what you would need,

1   and that costs about --

2       MAUREEN PHILLIPS:  About 44 to $47 depending

3   on the type of unit.

4       JOE ALDEGUER:  A month.

5       Yes?

6       AUDIENCE MEMBER:  (Inaudible.)

7       MAUREEN PHILLIPS:  Homeowner's assessment is

8   waived the first year, and it ranges from 147 to

9   169 depending on the type of unit.

10      JOE ALDEGUER:  I wanted a lot of things

11  waived because I didn't want a lot carrying costs

12  the first year, you know, for myself and the

13  people who bought these properties.

14      AUDIENCE MEMBER:  (Inaudible.)

15      JOE ALDEGUER:  Yes.

16      AUDIENCE MEMBER:  (Inaudible.)

17      MAUREEN PHILLIPS:  When you get downstairs

18  and talk to the short-term management company,

19  they'll go through the details.  They structured

20  it in a very --

21      JOE ALDEGUER:  We can't talk about certain

22  things like that.  It's against the SEC rules.

23  We're not trying to stay away from questions, but

24  we're definitely trying to stay away from seeing,

25  you know, the jail.  Believe me, I want to tell

1   you, but I can't.

2        MAUREEN PHILLIPS:  He does.

3        JOE ALDEGUER:  Yes, sir.

4        AUDIENCE MEMBER:  If you wanted to resell

5   that property, who would I sell it through?

6        JOE ALDEGUER:  Sell it through a realtor.

7        MAUREEN PHILLIPS:  Any one of the realtors

8   who sells you the unit now, will be happy to sell

9   your unit again.

10       JOE ALDEGUER:  These are highly -- when you

11  see the type of occupancy and income producers per

12  night at other hotels, a lot of people covet it.

13       MAUREEN PHILLIPS:  Key question.

14       JOE ALDEGUER:  Yes, sir.

15       MAUREEN PHILLIPS:  He wants to know when it's

16  going to open as a hotel.  The goal is by the end

17  of the year to have a kick off.  I think the

18  short-term management has said their goal is by

19  New Year's Eve to have a big opening.  It doesn't

20  mean it can't happen before then.

21       The reason Joe pushed for the long-term rental

22  guarantee and the rebates and the closing costs is

23  to make sure for the first year there's little

24  carrying costs as possible so that when they are

25  open and you can join the short-term.

1    Again, we don't encourage you to come in here

2    for long-term rental.  If that's what all it was,

3    we wouldn't have pushed so hard and Jim would have

4    done short-term.

5    JOE ALDEGUER:  No. I want again, just like

6    Monopoly, I want the hotels, right.  Okay, do the

7    numbers yourself.  $900 a month or add what the

8    Orlando Travel Bureau gave you up there.  I can't

9    add it for you.

10   MAUREEN PHILLIPS:  He's not allowed to.

11   JOE ALDEGUER:  It's illegal for me.

12   AUDIENCE MEMBER:  It's been rehabbed and

13   refinished and refurnished with furniture, et

14   cetera?

15   JOE ALDEGUER:  Yes.  It's all new, brand new.

16   AUDIENCE MEMBER:  How does that get redone

17   every five to ten years, is that part of the --

18   MAUREEN PHILLIPS:  That's the short-term

19   management, but I could tell you that -- if I were

20   a short-term management person, I would tell you

21   there's an account that's held there and as -- in

22   typical other areas when short-term management is

23   in there in any place in other properties that we

24   own, they keep a small, like, you know, two cents

25   on the dollar in an account over here and every

1   time they need to replace something, it's there,

2   it's your money and they kind of hold it --

3        JOE ALDEGUER:  And they'll answer more

4   questions from management.

5        Again we're not trying to stay away from

6   questions, we're just not allowed to ask -- I mean,

7   answer certain questions.  And management,

8   regarding management stuff, we're not allowed to

9   say.

10       MAUREEN PHILLIPS:  And I can tell you that

11  Sal and Chandra are down there with Geneva

12  Hospitality.  They answer those cell phones all

13  the time.  You'll get their phone numbers from

14  your advisers, from your loan officer, and they

15  will answer -- if you don't meet them tonight,

16  they will answer that phone and answer your

17  questions.

18       JOE ALDEGUER:  Yes, ma'am.

19       AUDIENCE MEMBER:  (Inaudible.)

20       JOE ALDEGUER:  I cannot hear you.  Say that

21  again.

22       MAUREEN PHILLIPS:  You mean the purchase

23  price?

24       AUDIENCE MEMBER:  Uh-huh.

25       MAUREEN PHILLIPS:  The purchase price is

1    based on size -- one bedroom, two bedroom.

2        JOE ALDEGUER:  Three bedroom, four bedroom.

3        MAUREEN PHILLIPS:  Three, four bedrooms.  The

4    locations are on slightly if they're viewing a

5    pool or --

6        JOE ALDEGUER:  And this is hotel -- you

7    cannot think as an investor -- as a regular

8    homeowner anymore.  Who here goes to a hotel and

9    you're paying the $100 a night, do you know what

10   room you're staying in?  No.  Okay.  Whether

11   you're on the first floor or the top floor with a

12   lake view, if it's a regular room, isn't it the

13   same price per night?  Am I right or wrong?

14       MAUREEN PHILLIPS:  Right.

15       JOE ALDEGUER:  Now, as a homeowner, when you

16   bought that condo, you bought the condo, what's

17   more expensive, the room on the first floor or the

18   room on the top floor?

19       AUDIENCE MEMBER:  Top floor.

20       JOE ALDEGUER:  The top floor is more

21   expensive, the views.  Expensive.  The higher the

22   floor, more money.

23       And so as a -- but as a hotelier, you're going

24   to charge the same amount per room whether it's on

25   the first floor or the top floor.  Does that make

1    sense to you guys?

2        Okay.  It is a different mindset as an

3    investor than as a homeowner.  Remember, you

4    are charging -- the concept is charging for higher.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    through 67 is a true record of my stenographic notes.

DATED this 22nd day of December, 2008.


_____
Alexa R. Goldman, FPR
U.S. Legal Support, Inc.

Klein, Bury & Associates

515 N. Flagler Drive, Suite 200

West Palm Beach, FL 33401

561.835.0220