Area Current Occupancy/ADR Statistics



# Average Orlando ADR – 2005: $149.00 (Based Upon 2 Bedroom/2-Bath Unit)

# Average Orlando Occupancy Rate – 2005: 70.79%

*Source: Orlando Convention &Visitors Bureau Research Department*

# ADR Projections

## Case Scenario #1 ~ Conservative



| Based Upon Size of 2-Bedroom/2-Bath Unit | |
|---|---|
| FLOOR PLAN SQ FOOTAGE (AVG) | 1,130 |
| AVERAGE RENTAL RATE: | $ 169.00 |
| OCCUPANCY AVERAGE: | 68.0% |
| GROSS ANNUAL REVENUE: | $ 41,945.80 |
| Management Fee (50%): | $ 20,972.90 |
| Association Dues ($.24/sqft): | $ 3,254.40 |
| Replacement Reserve (2%): | $ 838.92 |
| Electricity Payment: | $ 1,200.00 |
| Annual Preservation Fee | $ 750.00 |
| TOTAL FEES: | $ 27,016.22 |
| NET ANNUAL REVENUE: | $ 14,929.58 |
| **NET MONTHLY REVENUE:** | **$ 1,244.13** |

Net Income to Pay Mortgage and Insurance

HOA Will be Paid for First Year in Addition to Water & Trash



# ADR Projections
## Case Scenario #2 ~ Average

| Based Upon Size of 2-Bedroom/2-Bath Unit | |
|---|---:|
| FLOOR PLAN SQ FOOTAGE (AVG) | 1,130 |
| AVERAGE RENTAL RATE: | $ 200.00 |
| OCCUPANCY AVERAGE: | 78.0% |
| GROSS ANNUAL REVENUE: | $ 56,940.00 |
| Management Fee (50%): | $ 28,470.00 |
| Association Dues ($.24/sqft): | $ 3,254.40 |
| Replacement Reserve (2%): | $ 1,138.80 |
| Electricity Payment: | $ 1,200.00 |
| Annual Preservation Fee | $ 750.00 |
| TOTAL FEES: | $ 34,813.20 |
| NET ANNUAL REVENUE: | $ 22,126.80 |
| **NET MONTHLY REVENUE:** | **$ 1,843.90** |

Net Income to Pay Mortgage and Insurance

HOA Will be Paid for First Year in Addition to Water & Trash



# ADR Projections

## Case Scenario #3 ~ Aggressive

| Based Upon Size of 2-Bedroom/2-Bath Unit | |
|---|---|
| FLOOR PLAN SQ FOOTAGE (AVG) | 1,130 |
| AVERAGE RENTAL RATE: | $ 250.00 |
| OCCUPANCY AVERAGE: | 90.0% |
| GROSS ANNUAL REVENUE: | $ 82,125.00 |
| | |
| Management Fee (50%): | $ 41,062.50 |
| Association Dues ($.24/sqft): | $ 3,254.40 |
| FF&E Replacement Reserve (2%): | $ 1,642.50 |
| Electricity Payment: | $ 1,200.00 |
| Annual Preservation Fee | $ 750.00 |
| TOTAL FEES: | $ 47,909.40 |
| NET ANNUAL REVENUE: | $ 34,215.60 |
| **NET MONTHLY REVENUE:** | **$ 2,851.30** |

Net Income to Pay Mortgage and Insurance

HOA Will be Paid for First Year in Addition to Water & Trash



## ~ Mission Statement ~

Increased occupancy, repeat guests and quality guest services require a strong management company to partner with. Geneva Hospitality Management has the ability and desire to form this partnership.

# Geneva Hospitality Management, LLC

Through consistent standards of operation and responsive action, we will develop trust with our employees, guests and owners, providing service

*Beyond Expectations.*





~ Leading Edge Management Solutions & Services ~

~ Three Decades of Hospitality Management Experience ~

~ Highly-Trained, Certified Professionals ~

# Geneva Hospitality Management, LLC

~ Full Scope of Management and Operations Services ~

~ Superior Lodging Experiences ~

~ Solid Owner Returns ~



# Geneva Hospitality Management, LLC

~ Development and Pre-Opening Services ~

~ Sales Planning and Marketing ~

~ Employee Recruiting, Training and Relations ~

# Full Spectrum of Services

~ Complete Accounting and Reporting Services ~

~ Covering All Operational Aspects of the Property ~

~ Ongoing Research, Development & Training ~





# Result?

# <u>Maximum</u>

# Owner

# Benefits



## Metro Orlando Current Lodging Inventory

| As of 2/14/2006 | | |
|---|---|---|
| Metro Orlando Region | Hotels/Motels | Total rooms |
| Orlando North | 50 | 5,294 |
| Orlando Central | 70 | 7,647 |
| Orlando South | 53 | 9,841 |
| International Drive | 102 | 32,597 |
| Lake Buena Vista | 46 | 34,561 |
| Kissimmee East | 107 | 14,068 |
| Kissimmee West * | 26 | 7,706 |
| **Total** | **454** | **111,714** |

Note: The data reflect room count revisions.

Source: Orlando CVB Research Department; Florida Department of Business and Professional Regulation

Room to Successfully Penetrate Market

*Kissimmee West is Defined as Zip Code 34747 ~ South of Disney Along I-4 and Western Portion of US 192

## Projected Hotel/Motel Inventory

|  | Additional Rooms | Total Rooms |
|---|---|---|
| 2006 | 3,636 | 115,200 |
| 2007 | 662 | 115,862 |
| 2008 | 631 | 116,493 |
| 2009 | 1,400 | 117,893 |
| As of 2/14/2006; Projections based on available information |||

Source: Orlando CVB Research Department

# Solid Growth

# Market Awareness

**DOMESTIC VISITOR VOLUME:**

|  | 2002 | 2003 | 2004 | % change 2004/2003 |
|---|---|---|---|---|
| Total | 40,594,000 | 42,685,000 | 45,166,000 | 5.8% |
| *Leisure* | *31,587,000* | *33,100,000* | *35,162,000* | *6.2%* |
| Florida | 17,632,000 | 16,602,000 | 17,672,000 | 6.4% |
| Day | 10,300,000 | 10,211,000 | 10,598,000 | 3.8% |
| Overnight | 7,332,000 | 6,391,000 | 7,073,000 | 10.7% |
| Non-Florida | 13,954,000 | 16,498,000 | 17,491,000 | 6.0% |
| Day | 1,205,000 | 2,253,000 | 1,726,000 | -23.4% |
| Overnight | 12,749,000 | 14,245,000 | 15,765,000 | 107% |
| *Business* | *9,003,000* | *9,585,000* | *10,004,000* | *4.4%* |
| Florida | 5,732,000 | 5,970,000 | 6,077,000 | 1.8% |
| Day | 3,515,000 | 4,217,000 | 4,160,000 | -1.4% |
| Overnight | 2,217,000 | 1,753,000 | 1,917,000 | 9.4% |
| Non-Florida | 3,271,000 | 3,615,000 | 3,928,000 | 8.7% |
| Day | 473,000 | 288,000 | 501,000 | 73.5% |
| Overnight | 2,799,000 | 3,327,000 | 3,427,000 | 3.0% |

### Floridians Travel in their Home State

*Source: D.K. Shifflet and Associates*

Market Awareness

# Florida's Top Out-of-State Markets of Origin (Domestic)

 (1) Georgia – 10%

 (2) New York – 9.8%

 (3) Illinois – 6.3%

## 28.3% of Out-of-State Visitors to Florida Visit the Metro Orlando Area

*Source: D.K. Shifflet and Associates*

# Market Awareness

## International Visitors to Orlando

| Orlando's Top International Origin Markets | | | |
|---|---:|---:|---:|
| | 2003 | 2004 | % change |
| United Kingdom | 937,500 | 1,054,000 | 12.5% |
| Canada | 530,500 | 631,000 | 18.9% |
| Brazil | 68,000 | 74,000 | 8.8% |
| Colombia | n/a | 74,000 | n/a |
| Germany | n/a | 73,000 | n/a |
| Venezuela | 54,000 | 59,000 | 9.3% |
| Japan | n/a | 41,000 | n/a |
| Other | 708,000 | 576,000 | - |
| Total International | 2,297,500 | 2,582,000 | 12.4% |

*Source: D.K. Shifflet and Associates*



~ Two Percent (2%) of Gross Revenue Escrowed on Monthly Basis ~
Offsets Cost of Room Improvements, Furniture
Fixtures, & Equipment (FF&E)

~ One-Time Rental Accessory Package Fee ~
Covers the Cost of Initial Stocking of the Unit (Soft Goods)

# Owner Investment

~ One-Time Initiation Fee ~

~ Water, Electricity, Taxes, Insurance, Phone ~

~ Annual Unit Preservation Fee ~



~ Recruit, Hire and Train Staff ~

~ Marketing/Advertising of Property ~

~ All Guest Services Including Check-In/Check-Out ~

# Management Company Responsibilities

~ Complete Accounting and Reporting Services ~

~ All Housekeeping Duties, Cleaning and Maintenance of Unit ~

~ Owner Receives Monthly Statement/Check ~

# Owner Benefits

Experienced Management

↓

Cohesive Team of Professionals

↓

Strategic Marketing & Advertising

↓

Proficient Hotel/Resort Operations

↓

Complete Dedication to Owner Satisfaction

↓

SIGNIFICANT & CONSISTENT RETURNS TO OWNER

# LEGACY DUNES RESORT







# CONDOMINIUM OWNERSHIP AT ITS VERY FINEST

Presented by Geneva Hospitality Management, LLC ~ A Premier Hotel and Condominium Management Company

Sal A. Sardina, President ~ Chandra M. Webster, Vice President

418 Circle Drive ~ Lake Geneva ~ Wisconsin ~ 53147 • 262.348.0427 ~ Fax: 262.348.0417