UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:08-cv-01349-GAP-DAB

ALBERT ALUNNI, et al.,

    Plaintiffs,

v.

DEVELOPMENT RESOURCES GROUP, LLC, a Florida limited liability company, LEGACY DUNES CONDOMINIUM, LLC, a Florida limited liability company, MICHAEL K. HALPIN, JAMES E. WEAR, TIMOTHY S. TINSLEY, THE REAL ESTATE INVESTMENT GROUP, LTD., an Illinois corporation, JOSEPH ALDEGUER, JILL MOORE, REAL ESTATE DREAMS, LLC, a Florida limited liability company, SEAN C. PARKES, JEREMY HOLLY, GENEVA HOSPITALITY OF ORLANDO, LLC, a Florida limited liability company, SAL SARDINIA, and CHANDRA WEBSTER,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF FILING THE PLAINTIFF INFORMATION FORMS

Plaintiffs, by and through undersigned counsel, hereby gives their Notice of Filing the Plaintiff Information Forms for the Plaintiffs:

| **Exhibit** | **Plaintiff** |
|---|---|
| 1. | Albert Alunni; |
| 2. | Annamarie Alunni; |
| 3. | Connie Alunni; |
| 4. | Molla Anam; |
| 5. | Javed Aslam; |
| 6. | Darlene Aslam; |
| 7. | William Arnieri |

8. Ronald Austin;

9. Shirley M. Austin;

10. Margaret Bartels;

11. Wayne Bartels;

12. Daniel Bonkowski;

13. Andrea Bonkowski;

14. Carl E. Byer;

15. Valerie A. Byer;

16. Janina Cap;

17. Paul E. Charapata;

18. Ryuko Charapata;

19. Ronald K. Cockrum;

20. Melinda E. Cockrum;

21. David J. Coyne;

22. Cindy Dangerfield;

23. Dennis Dangerfield;

24. Jim Denning;

25. Laurie Denning;

26. Robert J. Devereaux;

27. Maribeth K. Devereaux;

28. Beverly Ehlebracht;

29. William G. Ehlebracht;

30. Roaslie E. Elkin;

*Alunni, et. al  v. Development Resources Group, LLC, et. al.*
*CASE NO.: 6:08-cv-01349-GAP-DAB*

31. Jason W. Evans;

32. Angela L. Evans;

33. James W. Fetzner;

34. Joanne Fetzner;

35. Paul F. Fuscoe;

36. Janet K. Fuscoe;

37. Carl Gartland;

38. Sandra Griggs;

39. Jerome L. Harper;

40. Douglas Hart

41. Douglas M. Holle;

42. Susan J. Holle;

43. Darlyen Hess;

44. Amy Horn;

45. Art Horn;

46. Peter Horn;

47. Thomas P. Jones ;

48. Michael Johnson and Teresa Johnson;

49. Danuta Katny;

50. Tadeusz Katny;

51. Thomas P. Kelly;

*Alunni, et. al v. Development Resources Group, LLC, et. al.*
*CASE NO.: 6:08-cv-01349-GAP-DAB*

52. Rita M. Kelly;

53. Steven P. Kelly;

54. Terry Koeller and Darlene Koeller;

55. Andrew Lobosco and Patricia Lobosco;

56. Alan C. Lovell;

57. Joseph L. Lubomski and Karen Lubomski;

58. Norbert Mandrek;

59. James Marsalek;

60. Edith Moran;

61. Keith D. Olinger;

62. Lisa M. Olinger;

63. Frank Pisterzi;

64. Stephanie Pisterzi;

65. Richard W. Pratt;

66. Shirley K. Pratt;

67. Donald L. Racquet and Ida Racquet;

68. James J. Ritchhart;

69. John J. Scurek;

70. Mary Ellen Scurek;

71. Donald L. Skrip;

72. Sasha K. Spinner;

*Alunni, et. al  v. Development Resources Group, LLC, et. al.*
*CASE NO.: 6:08-cv-01349-GAP-DAB*

73. Amy Taillon;

74. John Taillon;

75. James Taylor;

76. June Taylor;

77. George Taylor;

78. Perry Taylor;

79. Vivienne R. Taylor;

80. Russell Wick;

81. Helen Wilkinson;

82. Charles F. Wirth;

83. Mary T. Wirth; and

84. Maryann Zaborsky.

Respectfully submitted,
SEIDEN, ALDER, MATTHEWMAN & BLOCH, P.A.
Attorneys for Plaintiffs
7795 NW Beacon Square Blvd, Suite 201
Boca Raton, FL 33487
Telephone: (561) 416-0170
Facsimile: (561) 416-0171

By: /s/Joel B. Rothman
Joel B. Rothman
Florida Bar No. 0098220
Jrothman@seidenlaw.com

-and-

*Alunni, et. al v. Development Resources Group, LLC, et. al.*
*CASE NO.: 6:08-cv-01349-GAP-DAB*

Ronald S. Nisonson
Florida Bar No. 79405
nisonsonlaw@bellsouth.net
RONALD S. NISONSON, P.A.
Attorneys for Plaintiffs
120 East Palmetto Park Road, Ste. 100
Boca Raton, FL 33432
Telephone:     (561) 544-8980
Facsimile:      (561) 544-8988

*Alunni, et. al  v. Development Resources Group, LLC, et. al.*
*CASE NO.: 6:08-cv-01349-GAP-DAB*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of May, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        Respectfully submitted,
        SEIDEN, ALDER, MATTHEWMAN &  BLOCH, P.A.
        Attorneys for Plaintiffs
        7795 NW Beacon Square Blvd, Suite 201
        Boca Raton, FL 33487
        Telephone:   (561) 416-0170
        Facsimile:   (561) 416-0171

        By:   /s/Joel B. Rothman
            Joel B. Rothman
            Florida Bar No. 0098220
            Jrothman@seidenlaw.com

        -and-

        Ronald S. Nisonson
        Florida Bar No. 79405
        nisonsonlaw@bellsouth.net
        RONALD S. NISONSON, P.A.
        Attorneys for Plaintiffs
        120 East Palmetto Park Road, Ste. 100
        Boca Raton, FL 33432
        Telephone:   (561) 544-8980
        Facsimile:   (561) 544-8988

*Alunni, et. al  v. Development Resources Group, LLC, et. al.*
*CASE NO.: 6:08-cv-01349-GAP-DAB*

**SERVICE LIST**
ALBERT ALUNNI, CONNIE ALUNNI,  ANNAMARIE ALUNNI, MOLLA ANAM, AH PROPERTY HOLDINGS, LLC., an Illinois limited liability company, WILLIAM ARNIERI, JAVED ASLAM,  DARLENE  ASLAM,  RONALD AUSTIN,  SHIRLEY M. AUSTIN,  MARGARET BARTELS, WAYNE BARTELS, DANIEL  BONKOWSKI, ANDREA BONKOWSKI,  CARL E. BYER,  VALERIE A. BYER, JANINA CAP, PAUL E. CHARAPATA,  RYUKO CHARAPATA,  RONALD K. COCKRUM,  MELINDA E. COCKRUM,  CONRAD JOSEPH PROPERTIES, LTD., an Illinois limited liability company, DAVID J. COYNE, DAD ASSOCIATES, LLC, an Illinois limited liability company, CINDY DANGERFIELD, DENNIS DANGERFIELD, JIM DENNING, LAURIE DENNING, ROBERT J. DEVEREAUX, MARIBETH K. DEVEREAUX, BEVERLY EHLEBRACHT, WILLIAM G. EHLEBRACHT, ROSALIE E. ELKIN, JASON W. EVANS,  ANGELA L. EVANS, JAMES W. FETZNER TRUST, JAMES W. FETZNER,  JOANNE FETZNER, PAUL F. FUSCOE,  JANET K. FUSCOE,  CARL GARTLAND,  SANDRA GRIGGS,  DOUGLAS HART, JEROME L. HARPER, DARLYEN HESS, DOUGLAS M. HOLLE TRUST, DOUGLAS M. HOLLE,  SUSAN J. HOLLE, ART HORN, AMY HORN, PETER HORN, MICHAEL JOHNSON, TERESA JOHNSON, MICHELLE P. JONES, THOMAS P. JONES, DANUTA KATNY, TADEUSZ KATNY,  THOMAS P. KELLY, RITA M. KELLY, STEVEN P. KELLY, TERRY KOELLER,  DARLENE KOELLER, ALAN C. LOVELL, ANDREW LOBOSCO,  PATRICIA M. LOBOSCO, JOSEPH L. LUBOMSKI,  KAREN M. LUBOMSKI, NORBERT MANDREK, JAMES MARSALEK, EDITH MORAN, KEITH D. OLINGER,  LISA M. OLINGER, FRANK PISTERZI, STEPHANIE PISTERZI, RICHARD W. PRATT,  SHIRLEY K. PRATT,  DONALD L. RACQUET,  IDA RACQUET, JAMES J. RITCHHART, JOHN J. SCUREK,  MARY ELLEN SCUREK, SERIES DUNES INVESTMENT OF THE PML ENTERPRISES, LLC., an Illinois limited liability company, SERIES LEGACY DUNES OF THE WICK INV. PROPERTIES, LLC., an Illinois limited liability company, DONALD L. SKRIP,  SASHA K. SPINNER, AMY TAILLON, JOHN TAILLON, JAMES TAYLOR, JUNE TAYLOR, PERRY TAYLOR, TRUST NO. 301, GEORGE TAYLOR,  VIVIENNE R. TAYLOR, RUSSELL WICK, HELEN WILKINSON,  CHARLES F. WIRTH,  MARY T. WIRTH,  and MARYANN ZABORSKY, Plaintiffs v. DEVELOPMENT RESOURCES GROUP, LLC, a Florida limited liability company, LEGACY DUNES CONDOMINIUM, LLC, a Florida limited liability company, MICHAEL K. HALPIN,  JAMES E. WEAR, TIMOTHY S. TINSLEY, THE REAL ESTATE INVESTMENT GROUP, LTD., an Illinois corporation, JOSEPH ALDEGUER, JILL MOORE, REAL ESTATE DREAMS, LLC, a Florida limited liability company,  SEAN C. PARKES,  JEREMY HOLLY, GENEVA HOSPITALITY OF ORLANDO, LLC, a Florida limited liability company, SAL SARDINIA,  and CHANDRA WEBSTER, Defendants
CASE NO.: 6:08-cv-01349-GAP-DAB
**United States District Court, Middle District of Florida**

Michael L. Gore, Esq.
Florida Bar No. 441252

*Alunni, et. al v. Development Resources Group, LLC, et. al.*
*CASE NO.: 6:08-cv-01349-GAP-DAB*

mgore@shutts-law.com
Shutts & Bowmen, LLP
300 South Orange Avenue
Suite 1000
Orlando, Florida 32802
Telephone: 407-423-3300
Facsimile: 407-425-8316
(Counsel for Defendants, Development Resources,
Legacy Dunes Condominium LLC, Michael Halpin and James Wear)

Tucker Byrd, Esq.
Florida Bar No. 381632
e-mail byrdt@gtlaw.com
Greenberg Traurig, P.A.
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: 407-418-2360
Facsimile: 407-841-1295
(Chandra Webster, Sal Sardina & Geneva Hospitality)

Michael Ullman, Esq.
Florida Bar No. 259667
E-Mail: michael.ullman@uulaw.net
Ullman & Ullman P A.
150 E Palmetto Park Rd, Ste. 650
Boca Raton, FL 33432
Tel: (561) 338-3535
Fax: (561) 338-3581
(Counsel for Jill Moore)

W:\1106.001\Pleadings\NOF 002 (sb-lad).wpd