## PLAINTIFF INFORMATION FORM

Please provide the following information requested about your purchase of a unit within the Legacy Dunes Condominiums. To the extent necessary, please attach additional pages if the space provided is insufficient to include all requested information.

1. Name: Albert A. Alunni
   Address: 3438 Blue Ridge Drive
   Carpentersville, IL 60110

2. Legacy Dunes Unit Number(s): 17-105

3. For each unit purchased at Legacy Dunes, please provide the following information:

Date of Purchase: 8/24/2006

Purchase Price Paid: $319,900

Source of Funds for Closing (down payment and closing costs):

[X] Cash (personal funds, savings)
[ ] Financing

4. If financing was obtained for the purchase, please provide the following information regarding any lenders:

Name of Lender: BankUnited
Address: _____

Loan Number: 000499872-0
Original Amount
  Borrowed: $303,800
Monthly Payment: $2,535.94
Current Balance: $324,521.15
Interest Rate: 7.125 %  5 YEAR ARM

Status of Loan:
[ ] Current
[X] Delinquent
[ ] Repaid (if repaid, when? _____)
[ ] Foreclosure

Alunni Al 00105

5. If financing was obtained, what did you list as the purpose of the purchase of your Legacy Dunes unit(s) on your loan application (i.e., primary residence, (second home) for investment purposes, etc.): _____
_____

6. Did you refinance any loans or mortgages on existing property to assist in the purchase of a Legacy Dunes unit?
   ☐ Yes   ☒ No

If yes, please identify the loan which you refinanced:

Address of property refinanced: _____
Type of property (primary residence, second home, investment property): _____
Name of Lender:   _____
Address:          _____
                  _____
                  _____

Loan Number:                _____
Amount Borrowed:   $ _____
Current Balance:   $ _____
Interest rate before refinancing:   _____%
Interest rate after refinancing:    _____%
Monthly payment before refinancing: $_____
Monthly payment after refinancing:  $_____

Status of Loan:
   ☐ Current
   ☐ Delinquent
   ☐ Repaid (if repaid, when? _____)
   ☐ Foreclosure

7. Have you sold your unit(s) in Legacy Dunes?
   ☐ Yes   ☒ No

If yes, please provide the following information:

Purchaser Name:    _____
Purchaser Address: _____
                   _____
Date Sold:         _____
Sales Price:       $ _____

8. How did you first learn of Legacy Dunes?



An Illinois Residential Mortgage Licensee

**BRAD FULLER**
*Senior Mortgage Strategist*

3010 Highland Parkway • Suite 800　　Direct 630.268.4287
Downers Grove, Illinois 60515　　　　Fax 630.792.7787
630.261.8040 *(Main)*　　　　　　　　Cell 630.886.6975
　　　　　　　　　　　　　　　　　BFuller@mtgexchange.com

9. Who did you deal with in connection with purchasing your unit in Legacy Dunes (please list all real estate salespersons or brokers, and any mortgage brokers, lender's representatives, etc.)? Please provide the following information for each person you dealt with:

Name: BRAD FULLER
Profession: SENIOR MORTGAGE STRATEGIST
Company: MORTGAGE EXCHANGE
Address: 3010 HIGHLAND PARKWAY SUITE 800 DOWNERS GROVE, IL 60515

Name:
Profession:
Company:
Address:

Name:
Profession:
Company:
Address:

Name:
Profession:
Company:
Address:

Please describe the information and documentation provided to you by any persons (including those persons listed above) regarding Legacy Dunes:

PRESENTATION OF PROPERTY WITH FLOOR PLANS

Please provide a copy of any documentation provided to you by any persons (including those persons listed above) regarding Legacy Dunes.

10. Was your Legacy Dunes unit (or any unit you contemplated purchasing) ever appraised (including in conjunction with the purchase, financing, or refinancing of the unit)?

   ☒ Yes   ☐ No

If yes, please provide the following information for each appraisal:

Unit No.　　　　　　17-105
Name of Appraiser:　Expert Appraisals of Central Florida
Address:　　　　　　10164 Pointview Court
　　　　　　　　　　Orlando, FL 32836

Reason for Appraisal: Purchase of unit.
Date of Appraisal:　 7/15/2006

Alunni Al 00107

Appraised Value:   $340,000

Please identify the person or entity that requested the appraisal (i.e., you, your financial institution, a real estate broker), and list the names and addresses of all persons or entities who received a copy of the appraisal:

Person(s) or Entity(ies) Receiving Copy of Appraisal:

Name: BRAD FULLER
Address: MORTGAGE EXCHANGE

11. Did you attend any presentations where you received information regarding Legacy Dunes? If yes, please provide the following information about each presentation:

Location: MORTGAGE EXCHANGE  DOWNERS GROVE, IL
Date: 5/06

Names of any persons providing information during, or in conjunction with the presentation:

JOSEPH ALOGUER
MAUREEN HAYES PHILLIPS
BRAD FULLER

How did you learn about the presentation?   WLS 890 AM RADIO INFOMERCIAL

Did you attend the presentation with anyone?

☒ Yes   ☐ No

If yes, please identify each person who attended the presentation with you:

Name: CONNIE ALUNNI (WIFE)
Address:

Did you receive any written documents regarding the presentation on Legacy Dunes at the presentation?

☒ Yes   ☐ No

If yes, what documents did you receive?   **BROCHURE OF PROPERTY**

Please provide a copy of any documents you received at a Legacy Dunes presentation (if not already being provided in response to question 9).

Please provide a brief description of the information provided to you at the presentation regarding Legacy Dunes:

1. DISNEY AREA
2. HIGH TRAFFIC AREA
3. HIGH INCOME POTENTIAL
4. APPROX. 20 DAYS PER MONTH OCCUPANCY
5. ORLANDO CHAMBER OF COMMERCE CHART SHOWING 97% OCCUPANCY OF RENTAL PROPERTY IN THE ORLANDO AREA

12. Did you meet with anyone about a purchase of a unit at Legacy Dunes before you attended a presentation about Legacy Dunes? If yes:

When: 5/06
Where: MORTGAGE EXCHANGE
Who did you meet: BRAD FULLER

What was the purpose of this meeting?   PRE-PRESENTATION MEETING

Did you take any documents to this meeting? If yes, what documents did you take?

Did you receive any documents at this meeting? If yes, what documents did you receive?

DVD + PROPERTY LAY-OUT BROCHURE

Please provide a copy of any documents you received at this meeting (if not already provided in response to question 9).

13. At any time prior to your purchase of a unit at Legacy Dunes, did you ever hear any of the following individuals speak, either in person or by telephone?

☐ Michael K. Halpin

☐ James E. Wear
☐ Timothy S. Tinsley
☒ Joseph Aldeguer
☒ Maureen Hayes Phillips
☐ Jill Moore
☐ Sean C. Parkes
☒ Jeff Holloway
☐ Jeremy Holly
☐ Sal Sardina
☐ Chandra Webster

For each person identified above, please provide a brief description of the substance of what you were told by that person:

INCOME POTENTIAL
GREAT LOCATION.

14. Other than the individuals listed above in response to question 13, did you ever speak, in person or by telephone, with any representative of the following companies?

☐ Development Resources Group, LLC
☐ Legacy Dunes Condominium, LLC
☐ Real Estate Investment Group, Ltd.
☐ Real Estate Dreams, LLC
☐ Geneva Hospitality of Orlando, LLC
☒ The Mortgage Exchange

For each company identified above, please identify the person representing the company and provide a brief description of the substance of your conversation with the representative of that company:

JOSEPH ALDEGUER
GREAT POTENTIAL PROPERTY AND GREAT LOCATION

15. Please identify any persons you consulted with regarding your Legacy Dunes purchase (accountants, lawyers, brokers, financial advisors, friends, etc.):

Name: _____    Name: _____
Profession: _____    Profession: _____
Company: _____    Company: _____

Address: _____          Address: _____
         _____                   _____

Name: _____             Name: _____
Profession: _____       Profession: _____
Company: _____          Company: _____
Address: _____          Address: _____
         _____                   _____

16. Please identify any other real estate purchases you have made in the last seven (7) years:

Property Address: 8807 DUNES CT           Property Address: _____
                  APT 5-205                                 _____
                  KISSIMMEE, FL                             _____
Property Type: CONDO                       Property Type: _____
Purchase Price: $ 245,000.00               Purchase Price: $ _____
Purchase Date: 10/06                       Purchase Date: _____
Lender: NO MORTGAGE                        Lender: _____

Purpose of Purchase: INCOME                Purpose of Purchase: _____

17. Please describe in detail any prior investments involving real estate, where your investment was based upon projected revenues: _____

18. Please describe in detail any prior investments involving real estate (i.e., rental property, condominiums, time shares, etc.) where you, or someone on your behalf, collected revenues, rents, leases, etc., from the use of the real estate: _____

19. Has your unit in Legacy Dunes ever been rented since you have owned it?

    [X] Yes    [ ] No

If so, please provide copies of all rental management agreements, and any records showing when the unit was rented and the income received from that rental.

20. Why did you decide to purchase a unit in Legacy Dunes? INCOME OPP.
_____

21. Did you make any effort to check the information told to you (in a presentation or in personal conversations) or contained in documents given to you?

    ☒ Yes    ☐ No

    If yes, describe those efforts. If no, explain why not?
    WE VISITED THE PROPERTY AND WE WERE IMPRESSED WITH THE LOCATION AND LAY-OUT.

22. What financial impact did you expect from your purchase of a unit at Legacy Dunes on an ongoing basis? (i.e., Did you expect to continue providing funds to support the purchase? Did you expect income from the purchase? If you expected income, how much and from what sources?)
    ABOUT $1800.00 A MONTH RENTAL

23. What involvement did you believe you would need to have in the operation of Legacy Dunes? For example, what role would you have in helping the resort open, day-to-day operation of the resort, marketing the rooms, managing the books, etc.?
    NONE

24. Were there statements made to you at a presentation or in discussions with others (such as real estate salespersons or brokers, mortgage brokers, or lenders' representatives) about Legacy Dunes that you believe were incorrect or misleading? If so, what were they?
    NO

25. Has your purchase of a unit (or units) in Legacy Dunes impacted you financially?

    ☒ Yes    ☐ No

    If yes, describe the financial impact on you of your purchase of a unit (or units) in Legacy Dunes:
    NO INCOME FROM PROPERTY SINCE 6/08

Alunni A! 00112

_____
_____
_____
_____

I hereby certify, under penalty of perjury, that the responses to this Plaintiff Information Form are accurate and complete to the best of my knowledge.

Signature: *[signature]*
Print Name: ALBERT ALUNNI
Date Signed: 1/21/09

Please complete and return the attached financial statement with this completed information form and copies of documents identified in the form. The documents should be mailed to Joel B. Rothman, Esq., Seiden, Alder, Matthewman & Bloch, P.A., 7795 NW Beacon Square Blvd., Ste. 201, Boca Raton, FL 33487. The form and documents should be sent on or before January 20, 2009.

Alunni AI 00113